**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Bettie Paige                                                    X

                              Plaintiff

            - against -

                                        COMPLAINT

City of New York Police Department 73rd Precinct
City of New York Police Department 88th Precinct
Detective Thomas Donohue
City of New York
City of New York Police Department 81st Precinct
P. O. Herbert

                        Defendants          JURY TRIAL
                                            DEMANDED
                                                        X

**CV 10 - 3773**

RECEIVED
AUG 13 2010
PRO SE OFFICE

TOWNES, J.

BLOOM, M.J.

---

I.   **PARTIES:**   To include all those of many participant involved
                    in the stalking of myself, home and place of
                    business.

        **Plaintiff:** Bettie Paige          **Residence:**
                                             225 Sterling Place
                                             Brooklyn, N. Y. 11238

        **Defendant:** Det. Donohue          Residence:   Work location
                                             298 Classon Avenue
                                             Brooklyn, N. Y. 11238

        Defendant: John Doe 1 & 2            Residence: Work location
                                             298 ClassonAve.
                                             Brooklyn, 11238

        Defendant John Doe 1 &2              Residence: Unknown
                Lincense Plate #             believed employed by
                ESD 6273, EGX 1718           Police Department

Defendant: City of New York   Residence: Work location
         Police Department   1 Police Plaza
                              New York, N. Y. 10007

Defendant: City of New York   Residence: Wwork location
                              1 Centre Street rm 1200
                              New York , N. Y.   10007

Defendant:  P. O. Herbert    Residence: Work locaation
         & P. O. Congalosi    30 Ralph Avenue
                              Brooklyn, N. Y  11233

II.   JURISDICTION:      Eastern District of New York

III.  Statements:  Facts of Intimidation & harassment by Police.


Plaintiff:   Bettie Paige is complaining of the Defendants herein,
             states and alledge information to be true as follows:

Bettie Paige prays for the court to secure the protection and
redress the deprivation of "Rights Granted" to persons by the
First, Fourth, and Fourteenth Amendments of the
Constitution of the United States.

Bettie Paige was born in the United States of America.  She
was raised in a "SEGREGATED STATE".  As a young child
she did not understand why this practice were being done, and
feared the element of it after seeing the result committed by
those who practiced it.  After becoming an adult and having
these same experienced of her own, she found this
"IDEOLOGY " to be one she came to "DETEST" very deeply.

These experience witnessed during her young life is now being

perpetuated upon her by a "Splinter group" of the New York City Police Department.

Because, she dared to perform her "Civic Duty", to Complain about an issue of concern to her, she has been "BOMBARD" with tactics of menacing, telephone harassment in wire surveillance, stalking, car monitoring and attempts of "FOUL PLAY". The experience has made it necessary to file this Complaint against these forms of "INTRUSION", and VIOLATIONS of her First, Fourth, and Fourteenth Amendment Right under The Constitution "PROMISED" to all people born in the United States of America.

1. After making a Complaint against the Police Department (73rd precinct) concerning assaults to grandson Zaire Paige, occurring on July 12, 2008 and August 16, 2008, a telephone call was received, on August 28, 2008 from the Internal Affairs Bureau, Ms. Pedden who vaguely questioned the written Complaint. She gave a Complaint number 08-39012. She also, stated that the Civilian Complaint Review Board referred the Complaint to her Agency.

2. On September 2, 2008 she telephoned again to inform Ms. Paige that "Someone would be getting in touch with her later that day", (It was understood) and gave a new Complaint Number, because the first number given has changed. The new number was 08-396-46.

3. Noticing she was behaving very strangely, It was later learned that as they were speaking on the telephone the Police (73rd Pct) was already at the home of Ms. Paige daughter, whom her grandson resides, raiding it with a Helicopter, back up crew, a dog with his trainer who went into the home carrying a black bag to return with the same bag, and Ambulance, while at the same time a "WIRE SURVEILLANCE" was being placed on Ms. Paige telephone

August 17, 2008

Department of Justice, Civil Rights Division
950 Pennsylvania Avenue North West rm 5643
Washington D. C. 20530

Re: letter of complaint
    Harassment, police brutality, Intimidation

Dear Mr. Mukasey:

I am the grand parent of Zaire Paige, who has been arrested on
many occations by police working at the 73rd precinct located at
1470 East New York Avenue, Brooklyn, New York 11212. I am
wondering why these arrests are continuing at such a study rate,
when all has be found un-warranted. Due to this fact, I am
concerned about his safety while in the hands of the arresting
police. I am particular speaking about his most recent arrests, of
July 12, 2008 and August 16, 2008.

On July 12, 2008 as he rode a bike in slippers, shorts with no
pockets and no shirt, he was stopped and arrested by detectives
who claimed he had in his possession 50 empty bags, and two
bags containing weed in an attempt to sale. When I arrived at
the precint I was met with two grand parent whom I conversated
with, as I waited in the waiting area that day, who informed me
of their grandson being arrested also. The grand mother had
been given money by her husband taken during the arrest, which

was given to him as property belonging to their grandson 400.00. She was nervous in counting it, because according to her, the 17 year old grandson never had money upon asking him, and wondered why he had so much money at the time. When the arresting detective came out to speak with me, I asked "Why was my grandson arrested". He informed me that he had in his possession 50 empty bags for weed and 2 bags of weed attempting to sale. Of course, I did believe him and told him so, since my grandson had just completed a movie and got paid for it.

My grand son later telephoned, and stated to me that the police was arresting him for the weed just confiscated from the 17 year old whose grand parents I were conversating, and the young man told him that "You are being arrested for the weed they just took from me". contining to say "That was my stuff". He said to me "I didn't do nothing mal, they are framing me for this other dude weed" I told him don't worry, I believe you! adding "No way I believe you would give up an opportunity". As a result of handcuffs placed on his wrist very tight during this arrest he lost feeling to his right thumb and suffered a "Hair line fracture". This has been established by the hospital emergency room. He told me they asked him "What is more important you" he responded "My mommy and my grandmother. What was this type of questing leading to.

On August 16, 2008, a house my grandson visted to see his daughter (on an upper floor) was raided, after someone smoking weed infront of the home ran into the house after being spotted by the police to avoid arrest. As he along with several others ran through the house guns were dropped to the floor. They escaped by jumping out of the window. My grandson heard all the noise and came from a room on the top floor to see what was going

on. Everyone who came in after that was arrested by the police including my grand son who is now standing at the top of the stairs. As he stood in the door-way one of the police commented, "OH LOOK WHO IS HERE, ZAIRE PAIGE! I KNOW WE ARE GOING TO FIND SOMETHING NOW". back up was called. During this time all policemen there had their hand covering their badges not to reveal their names, but pictures were taken with telephone cameras. (See enclosed) They threaten to call ACS to have his daughter taken from him. (heartless)

When he appeared before the court judge he was charged with having three guns, of which the court papers stated he threw at the police as he stood at the top of the stairs. He was led to a room on the bottom floor, which was search and a box containing weed was found they claimed he also was charged with that. I asked, "Where is the finger prints", there must be some, since they documented he threw them (the guns) at the police.

I noticed after hes was released, his left cheek bone was swallon and asked what happed to your face?. He informed me that as he was handcuffed with his hands behind his back a police leaned him forward in a downward position and used his knee to knee him to the face. I wondered to myself, "What am I hearing" and became very angry. I said to myself who is the "REAL crimal here". I felt they were seeking revenge against my grandson for refusing to be a stool pigeon, and applying presure on him to break him down (inhuman and crewl treatment). I am sure they would not like it, if this were done to them, or any member of their family. I am still up-set abut this. I know my grandson would not do this to anyone.

During the summer of 2006, a policeman used his finger with a glove to place his hand into his rectum searching for drugs. A complaint was filed and he was interviewed by policeman from "The Civilian Complaint Review Board" Judging from these sort of action by the police I do have concern for his safety. He also, mentioned to me that a policeman commented to him, "I know you 'll aware of guns and drugs being sold in the "COMMUNITY", "IF YOU RUB OUR BACK WE'll RUB YOURS".

His arrests, are from two weeks to one month apart after release. I believe this to be forms of intimidation, so that he will be a stool pigeon for them. Because, he refused, they are now retaliating by constantly arresting him on bougous charges.

Another aspect of my concern is involving a policeman working at your precinct who taunts by sticking his arm out of the patrol car pointing to my granddaughter who is 13 years old. I am told that she and her mother are ridiculed and derogatory comments are made to them by this policeman as he drives around with his partner. I am wondering, "Why would a grown man armed with a gun doing point out a child" (a little girl at that) to another policeman intimidating her, she informed me that she is afarid. They are the mother and sister of my grandson mentioned above. They have taken pictures of another grandson thinking him to be Zaire. I have even been followed home after visting with my daughter.

I hope to have this matter investigated and in a timely fashion. Your attention to this matter will be appreciated. Should you need to contact me, I can be reached at 1-347-622-3910.

sincerly:

Bettie Paige, Grandmother to Zaire Paige

cc: United States Attorney General, Mr. Michael B. Mukasey
    Eastern District of N. Y. Justice Dept, Ms. Christina Dugger
    Attorney General, Mr. Andrew Cuomo
    Chief of staff to Attorney Gen. Cuomo, Ms. Lois B. Williams
    State Senator, Mr. John Sampson
    Councilman, Mr. Charles Barron
    Internal Affairs Bureau, Chief Charles V. Campisi
    Civilian Compt. Review Board, Exec. Ms. Joan M. Thompson
    73rd precinct Deputy Chief, Mr. Maddrey

Hand delivered 8/19/08
Signed by: Det KMOC

This person whose name is Italic in this article is the one who I wrote 8/17/08 of my concerns to my grandson being assaulted by police 73rd Pct, and who obviously sent the Internal Affairs Bureau 9/2/08. They took a recorded statement of his claim, and after the fact attempted to arrest him. One choked him by the neck as he informed him being under arrest. They later claimed, that he assaulted them, of which they have perjured themselves to charge him with assaulting them when it was they who assaulted him.

# Top cop doc gets tix 'fix'

N Y Post 7/3/10

Rank apparently has its privileges.

Less than a week after the NYPD began using a new computer system to eliminate ticket "fixing," the department's top doctor boasted to colleagues that he had found a special cure for the parking summons and towing bill he'd just received — a higher-up pal who fixed his ticket — a well-placed police source told The Post.

Dr. Eli Kleinman, the Police Department's supervising chief surgeon, told co-workers that Charles Campisi, the head of Internal Affairs, took care of him after his car was towed for illegal parking on July 26, the source said.

Kleinman and a police spokesman declined to comment.

*Larry Celona*

September 2, 2008

Congressman John Conyers, Jr.
U. S. House of Representatives
2426 Rayburn Building
Washington, D. C. 20515

Re: Complaint of police Entrapment/Corruption

Dear Mr. Conyers:

I am seeking to find answers to why the New York city Police is
continuning their attempts to frame my grandson in their on going
tactics of entrapment to kill. On several occasion the 73rd
Precinct located at 1470 East New York Avenue, Brooklyn, New
York 11212 has foundered miserably to frame/sabbotage him for
crimes created by planting criminal eliments on him and to him.
They have made it known that they are angry about it, so much
that they are now assaulting him causing bodyly injuries. On July
12, 2008 he was stopped on the streets and arrested for weed
that belong to some one else already in their custody, when he
had on shorts with no pockets nor a shirt and house slippers. He
received an injury to his hand because the arresting police put
the handcuff to tight. In August 16, 2008 again he was arrested
for three (3) guns that the police said was his after a stranger
ran into the house he was visiting (the family of his baby
daughter lives) to avoid being arrested. They claimed when he
saw them as he stood at the top of the stairs threw the guns at
them - no finger prints found belonging to him. again he was
injured one of the policeman pulled him head downward while
handcuffed and kneed him to the face, leaving his left cheek
swallon. I wrote a complaint letter to the Civilian Complaint
Review Board, and the Internal Affairs Bureau.

Why I am writing this is because it is my belief that THE POLICE IS SETTING THE STAGE TO KILL MY GRANDSON due to their botched up charges against him. Once, again the 73rd Precinct, on September 2, 2008, came to harass my grandson and his mother, (my daughter). This time they came under the umbrella of the "Internal Affairs Bureau". which I found very troubling. I was contacted by two people a Mr. Bok telephoned August 28, 2008 from the "Civilian Complaint Review Board", stating that the matter was referred to them by the "Internal Affairs Bureau", and that he was assigned to handled the case. No case Number was given, and I have not heard from him since. I questioned him about the case being referred to him, since I know they are two separate agencies; immediately feeling this call was "A fishing expedition". Due to his response of my questioning him concerning the validity to my complaint being referred the them, "The Civilian Complaint Review Board" by "The Internal Affairs Bureau", It struck me as being odd; seemingly it should have been the other way around. He asked about the treating hospital for my grandson injury, of which I did not know.

The following day, August 28, 2008 someone from "the Internal Affairs Bureau" telephoned a Ms. Pedden who stated why she was calling, and that she would not be the person who would be handling the case, that someone else would be. She too asked about the injury, and also asked about the 17 year old young man grandparents I spoke to whose weed confiscated end up being that belonging to my grangson and being arrested for it. She asked, "If I were familiar with these people", and became some what aggravated, and hostile when I referred to an incident the grandmother shared with me. Seeing where she was going with the conversation, I felt a need to end it by stating, "I will call you

back", before ending, she gave me a case number "08-39012",
she too wanted to know the name of the hospital, which I did not
know, and agreed to call her back with the information.

On September 2, 2008 Ms. Pedden telephoned again, stating "You
will be getting a call shortly", immediately thinking why would she
make a telephone call to me making such comment like that,
seemed to me, while an action was being set in motion adverse to
the real reason she telephoned. She advised me that the
previous case number had been changed to " 08-39646".

My telephone power ran out, and I did not get a call. Finally, my
granddaughter came in crying asking, "Ma, why you did'nt answer
the phone, (Zaire, my grandson and Stephanie, my daughter and
his mother) auntie house was raided and police is everwhere,
streets closed off helicopter flying over the house, and two (2)
police dogs sniffing the apartment", I rushed to find out what
was going on.

When I arrived, I saw a spectacle of people gathered looking at
both ends of the street. I went into the house, and found it in
total dis-array, Wondering what is this and WHY? seeking
answers to this - what ever it was, I asked my granddaughter who
is thirteen (13) years old, what happened? She informed that,
my grandson were at the park with a friend, when two men from
"The Internal Affairs Bureau" came to ask him about the injury
to his hand. He was not home, so they called him to greet them.
When he arrived the men asked that he sign a release form to
obtain a copy of his medical records from the hospital who
treated his injured hand. One of the men went down stairs, and
come back informing him that they had a warrant for his arrest,
and began to attack him placing one hand in handcuffs. I thought
how could an investigating agency in this case "The Internal

Affairs Bureau" turn into this.

During the struggle he some how escaped, and his mother arrested. Scattered blood was on the ground in the front yard where I was told the police from "The Internal Affairs Bureau" banged a friend head against the iron fence. I asked myself #1 Why, did "The Internal Affairs Bureau" go to my daughter house, when I am the one they were conversing with concerning my grandson injury, #2 He had community service that same day, if they had a warrant, why they did not arrest him there, they knew of this. #3 Why, "The Internal Affairs Bureau" become the go between to arrest my grandson for the 73rd precinct. There were many question about their case action and behavior, but no answers.

Therefore, I am asking taht an INVESTIGATION into the action of "The Internal Affairs Bureau", and their use of force  to stage an un-warranted attack on my family I feel. They were coorporating with them why, this became so out of control. One of the policeman with a dog carried a black bag into my daughter house with him and came back with the same black bag. I questioned myself, 'WHAT WAS INSIDE THAT BLACK BAG, INCRIMINATING EVIDENCE THEY HAD FOR PLANTING A FRAME UP."

That evening five (5) people with badges came to my house, asking "When I last saw my grandson"? I asked why was he being arrested, and a man who claimed to be from "The Internal Affairs Bureau said he injured two policemen", which is why they were seeking him. Another in the group stated "Your grandson has a gun", I was told that when a complaint is made an investigation is done to determine the facts. They found one I'm told made by the baby mother who said he destroyed her

cellphone. I'm sure no one are put in jail for destroying a cellphone, but since this is Zaire Paige the rule change.

I felt the police came to my daughter house with a plan to kill my grandson, in thinking about the peculair behavior from both the Civilian Complaint Review Boaard, and the Internal Affairs Bureau personel who telephoned me. I feel, also they are trying to build his reputation as being a very dangerous person so they will have a reason to issue a "ARMED AND EXTREMELY DANGEROUS ALERT AGAINST HIM SO HE WOULD BE KILLED BY THE ANGRY POLICEMEN WHO IS ANGRY ABOUT ME WRITING LETTERS OF THEIR ACTIONS, AND OF THEIR CONTINUED BOTCHED UP CASES AGAINST HIM".

Now, they want to set the tone as if he is a dangerous man to justify killing him. On September 3, 2008, my daughter advised me that the police kicked her to the leg and prints were visible, she also heard them boasting how they beat up the young man who received 6 stiches above the eye visiting her home that day. They both were taken to the hospital, Brookdale, I'm told that they did not make known the young man being seen at the hospital, in other words they sabbotaged the records, to show as if he never recieved medical care - cover up. He was no where near my grandson ran who down the stairs, because of their beating attack and choking of him. I was told they fell down the stairs. The police came back later that day and "RETRIVED THE POLICE SURVEILLANCE BEDIO TAPE" located across the street of my daughter house she told me.

Why should they (the police) seek revenge, because of a complaint made. Do they feel they are above reprimand for wrong doings? And why they feel the need to retaliate should one speak of it. Should anyone be so afraid of the police that they

keep quiet, something is wrong about this situation. What does this say about those who are suppose to be up-holding the law?. Why do they feel empowered to envoke fear into people WHY?. I feel they are out of control in this matter to destroy my grandson family mainly his mother, because they are angry at him because they have not been able to make any of their frame-up stick. WHY?. My grandson ran, because he feared for his life being under attack by two Internal Affairs Bureau?????.

There is no way - my grandsosn who is about 4' 11" to have done all this damage to two (2) policemen with guns, I belive they hurt them selves during the struggle to handcuff him. I have long since felt the police are out to murder my grandson, and now I am convinced; he was afraid for his life and saw a way to flee, from them, which he did. The fact that his hand has gotten worst; muscular spasm and pain going to his elbow when sitting. They were aware of the injury so, why would they futher want to harm his hand. Another cover - up to do damage that it would hardly be determine; the real injury, if their attempts to beat him that day occured. I believe they wanted the medical records, because they did not believe he was injured. I, also feel again they are out of control in handling themselves to do good work. If he is this big bad guy as they say, why, are they working over time to set him up and frame him for things that fall through when he goes to court. This is outrageous, what kind of people are these policemen? to commit - as fas as I'm concern these botched up cases of a crime. A policeman at the precinct (73rd) commented to me once after they arrested him for not having any identification, while Leaning forward to me and said "YOUR SON SHOULD BE MORE POLICE FRIENDLY" they still have his state none operated indentification and is refusing to give it back claiming they don't have it when they do.

What they did that day September 2, 2008 was a waste of the city tax dollars, Now, they want to paint my grandson as a "WANTED MAN FOR ASSAULTING THE POLICE WHEN IT WAS THEY THE POLICE WHO ASSAULTED HIM". Something must be done about this kind of behavior. If my grandson end up dead I will look to the police for his murder. Judging what I have experience so far I guess they would be looking for a way to kill or frame me and my daughter next, WHY?. This is why a complaint should be made, because these types of behavior should be made known with out fear.

I am requesting a investigtion into the actions of "The Internal Affairs Bureau". and their real motive that day: was he wanted for assaulting the police, or wanted for destroying his baby mother cellphone. These instances are not adding up, and it should be investigated.

Should you need to contact me, I can be reached at 1-347-622-3910.

sincerely:
Bettie Paige
Bettie Paige

1-347-622-3910 (wire tapping)

4. Ms. Pedden held Ms. Paige on the phone long enough for it to be completed, and away from the scene where the Internal Affairs Bureau was raiding her daughter's home.

5. Ms. Paige was being telephoned constantly after speaking with her (Ms. Pedden) but refused to answer, realizing she was behaving suspicions. It was Ms. Paige belief that she were calling back and Ms. Paige did not want to partake in speaking with her again. Ms. Paige, finally answered and learned about the event taking place at her daughter home. She do not know why they went there when the return address on the envelope belong to her. Both addresses are in Brooklyn, New York.

6. Ms. Paige rushed over to find the house had been raided by Police and Officers occupying it were very hostile when she asked "Who are you"?, and "What is going on here?". One Officer revealed his badge, not saying a word.

7. Crowds were still standing on the corners looking, (4) when she arrived. Ms. Paige was very shocked and angry at what she saw  when she arrived inside, it was "Utterly destroyed".

8. Since, September 2, 2008 she have been under constant Surveillance by tactics of intimidation and harassment by being followed wherever she go. Picture was being taken of her by these strange people. At first she did not make any fuss about it, but it became very annoying, and she began to complain about it over the telephone, since she knew they were listening.

9. Strange people began to stalk Ms. Paige by standing across the street where she reside and sometimes on the corner of her street, staring as she passed, turning slowly continuing as











she were leaving for work approximately 7:00 A. M to 7:30 A. M.. Several morning's particular on Saturday, March 27 and April 2, 2010 a blue (station wagon) would arrive just at the moment she would be walking in the court yard of her building, stop in front of it turn his head towards her and stare. After he saw she began to take pictures, he stopped. His License Plate # is EIB 3931.

10. When Ms. Paige arrives at work another set of strangers (men) would be sitting in their cars, in front of the building or near the front entrance of it. Sometimes during lunch she would see them standing out side directly across the street. Several, has came up into the office to stare by (Menacing) at her wearing dark glasses, and a cap. His License Plate # is EFC 2743. He has a mixed gray beard. The other License Plate # ESD 6273. Being fed up with their nonsense, she began to take their pictures, and once she started this "A Riot at Rikers Island occurred", now being blamed solely on her grandson. It is her belief it was "STAGED" in retaliation, for her taking the pictures of these strangers.

11. The stalkers were women in the beginning, now they are men. They have came inside her office under false pretext of delivering packages. They have used entrapment under pretext of "Messenger Service", on Thursday June 24, 2010. The person who telephoned became angry when she refused to come down stairs to sign for a package claiming to be for her Supervisor or her Assistant. He telephoned twice, seeing neither was not there, he called back asking for Ms. Paige stating he could not find a parking spot, and suggested that she come and sign for it. She refused. The following day another attempt was made, again she refused. Ms. Paige later, asked the Supervisor concerning this matter and she assured Ms. Paige that she was not aware of any package.

12. Ms. Paige telepone have been under "Wire surveillance" for more than a year, at home and work. Harassment with antics,



Man with beard who came up in my office, down the hall from it in Full view Mancing at me. He was Standing out side when I left, but when I came back he was there.



He seldom Came



Here is more Pictures of him exiting the car

Date MisPlaced

and games play is part of their tactic.  When she attempt to make a call sometimes messages pop up "NOT ALLOWED", "WARNING EMERGENCY CALLS ONLY" or they continually press the phone button up and down to distort conversations just to annoy Ms. Paige as on 7/15/10. She was told by a family member living out of state, July 20, 2010 that they had been trying to contact her for (2) weeks starting July 8, 2010.  The other past time "Game play" is BLOCKING ALL TELEPHONE CALLS COMING IN AND GOING OUT.  Calls from her grandson from early June 2010 to present now August has been BLOCKED.  He was able to get through once, between this time frame, but after they learned of it no more has been allowed.

13. Once, while at her Doctors office and talking on the house courtesy telephone Ms. Paige's cellular telephone rang and when she answered it, the hospital telephone number was revealed on it as she was already speaking from that number.

14. They have also played this same tactic with a neighbor, whom Ms. Paige spoke with daily who is ill, and suffering from "HIGH BLOOD PRESSURE".  There have been instances of "FOUL PLAY", after a tire on her car April 1st, 2010 blew out due to "ACID" being put on it". (See Photograph for Exhibit - A)

15. Debris was spread about the Jackie Robinson Parkway.  Ms. Paige experienced at least 7 flat tires over a span of 1 1/2 months.  3 to the front, 2 on the passenger side and 1 on the drivers side, which was the one with the acid pour on it.  This incident was most disturbing to Ms. Paige and one of which she was convinced was an attempt to cause her death.

16. September 6, 2009 Sunday, she witnessed by seeing an arm of a man standing and peering through an open school window, as she was distracted by the curtain blowing out of it knowing school was closed for summer recess.



17.   As Ms. Paige turned to look she saw the man jumped back quickly away from the window.  The arm was in an upward bend position.  She felt his intent was to "Assassinate her".  The curtain blowing out of the window saved her life it's her belief, or that of one of her great grandchildren.

18.   Ms. Paige was in the yard enjoying the company of her great grandchildren, as they were playing, ages 5, 3, and 1 years old.  On this particular day 9/6/10 Ms. Paige watched as a marked car from the 73rd Precinct raced down the block where she was visiting with her granddaughter.  As she went out the yard to retrieve an item from her car, she noticed him (Policeman in uniform blue) walking speedingly towards the back of it.

19.   As Ms. Paige came out of the yard unexpectedly he immediately stopped, and began to look upon the ground, quickly walking around in a circle (as if in a spinning motion), pretending to be looking for something.  It is her belief the Officer who stood in the school 2nd floor window warned him of her comming, since he had  full view of Ms. Paige.

20.   The incident occurred on Prospect Place and Howard Avenue September 6, 2009 between the hours of 12:30 P. M. and 2:30 P. M.. The marked Police car was parked at the corner of Howard Avenue on Prospect Place opposite the school.  Seeing the present of the 2 marked cars Ms. Paige walked to the corner and saw that there was a 3rd marked car.  The 2 parked in front of the school and a dark unmarked gray Government car was parked, also in the middle of the two.

21.   As Ms. Paige returned to the yard and while sitting in a chair mending a piece of garment, she witnessed this action.  After being confronted with this incident she went again to the corner, and saw only the gray Government car still there with



(2) passengers a woman and a man. The woman was sitting in the driver seat, as Ms. Paige approach it and looked upon the woman she slowly turned her head with a frown and smirk on her face, crancked up the car and speed off.

22. It is Ms. Paige belief a plot to kidnap her were intended on April 22, 2010, after she visited with a friend. As she exit the yard (2) cars was parked in front of next door neighbors house and a man stood out side of the 1st car drivers side (apparently he was the driver), as he was standing at the door of the car facing west on St. Marks Avenue, Brooklyn, coming from Flatbush Avenue, near where she exit the yard. He was conversating on his cellular telephone as another remained sitting in the car on the passenger side.

23. About two car space behind his another was parked and (2) men sat in it as one, another man #5 stood leaning up against the fence between the 2 parked cars on the sidewalk looking very suspicious.

24. While a 6th man carrying a flashlight walking slowly and looking nervous with intense lift his arm slowly to shine the flashlight in search of the house number. At this very moment Ms. Paige stepped down onto the sidewalk as they suddenly met. He was so involved it seemed in his concentration looking for the house number, as if he knew exactly where it was, he was not focusing on the fact that Ms. Paige exited the yard. Once he realized this he seemed to halt a moment to completely raise his hand holding the flashlight. Instead, after their sudden encounter he slowly lower it to his side as if to hide it. It's Ms. Paige belief he must have recognized her. The block is somewhat dark even though lighted.

25. Aware of the scene, Ms. Paige crossed over to the other side of the street immediately in front of the 1st parked car. The man with the flashlight suddenly turned back and walked



Men with flashlight as we met here

house I visit

1st car Red public

Once I step down up with flashlight I met here seeing how he tried to hide it made me aware of the scene, No doubt I believe of their intent

KIDNAP 4/22/09

toward Flatbush Avenue south on St. Marks Avenue as they both walked in the same direction, but on opposite sides the street as both walked each staring at one another looking. He seemed to motion towards following Ms. Paige, but he seemed to have decided not to and continued walking disappearing into the dark.

26. Wire Surveillance of Ms. Paige Cellular telephones and that of her friends and family have been on going over a year. When visiting friends in her neighborhood or elsewhere they the Police shows up pacing backward and forward making sure to be seen. Soon after their telephone is "Surveillanced".

27. Ms. Paige car is regularly broken into. Debris of ash from a cigarette was once found on the window frame. Of late beeping sounds are heard once she crank up her car. The beeping noise occur during driving after a period of time it peeps lasting about, 15 seconds then stop. Ms. Paige have had to replace 2 cables for her car on the driver side due to their constant breaking into it. The broken cable wire prevent the window from operating properly.

28. They have placed a tracking device on it and a recording mechanism to hear all Ms. Paige conversations. This was done by the 81st Precinct September 15, 2008 after they acting in concert with the 73rd Precinct under pretext stopped Ms. Paige claiming she did not have car insurance.

29. Ms. Paige daughter, grandson and herself were arrested that date. The splinter groups of Police and Correction Officers who have joined in navigating and acting in concert to monitor Ms. Paige movement is an "Intrusion upon her Fourth and Fourteenth Amendment Right. She was told by one of the Officers a Congalosi who stopped her, asking anxiously for her birthday and social security number stating "We need to know who you are".

30. The Officers from the 81st Precinct stopped Ms. Paige only to obtain information for the 73rd Precinct Detective Hunter who asked this information himself concerning her September 11, 2008 the date Ms. Paige grandson turned himself in after evading Police by (running for his life) September 2, 2008. The Officers who stopped Ms. Paige were trained in "Riot Patrol", which they created to justify their "Intrusion to falsely arrest Ms. Paige and her family", claiming she was disorderly, and her daughter assaulted them.

31. The charge for her grandson is uncertain. Ms. Paige daughter was found guilty after they used her past to falsely charge her and to "Cover up". their true motive of stopping Ms. Paige.

32. Ms. Paige (daughter) was ordered to attend "Anger Management" classes. She was injured by the handcuffs being placed on too tightly and she still has nightmares of this incident, making it difficult for her to talk about any part of it.

33. Ms. Paige have managed to capture photos by taking pictures of some in their cars and to get License Plate numbers of many.

34. On May 14, 2009 Ms. Paige was accused of being a trained murderer by Thomas Donohue, of the 88th Precinct who was angry after she took Pictures of her grandson who was in the hospital after he was Tortured and unlawfully detained by 73rd Precinct Officer Rashan LaCoste and (John Does 3).

35. He advised her that "The Police run the Police Department", and she should not have taken those pictures of her grandson, who was there after being Tortured by 4 Policemen while naked and having a "Key forced into his mouth lodging into his lung" by Rashan LaCoste.

*One has also, sodomized my grandson*, with his hand, by putting on rubber gloves and protruding his finger up his anus. They have also, *strip searched* him.   See enclosed.   He filed a complaint with "The Civilian Complaint Review Board" as well as I, along with a complaint to **"The Internal Affairs Bureau"**.   After which, they (Internal Affairs) *retaliated by "Tapping my cellphone*, along with *my whole family* here in New York, and a *family member in the state of Virginia*. They also, tapped my friends, one being an *elderly woman* with various medical conditions, including high blood pressure.   Her *home telephone*, and *cellphone are tapped*.   A number of my grandsons friends and his child family telephones are tapped.   Some has been arrested, but released.   Most of my friends, I do not telephone, because *everyone* I have telephone, their telephone has been *tapped.*   Sometimes the *echo is so loud*, its difficult to understand, nor hear what's being said.

✳ We are being followed by Police, myself and two other family members were *falsely arrested*, September 15, 2008.   I was driving my vehicle down a street in Brooklyn, Bedford Styvesant area, as I approached the intersection, my daughter, her daughter with her infant son, along with two of my grandsons occupied the vehicle.   We noticed a motorist, in the opposite lane facing us, ran the red light with a Police vehicle behind it occupied by two of them.   We were discussing the event, when suddenly we heard a siren in back of us, while wondering, and talking out loud why they would
be trailing us, and continue driving slowly to see if they would pass, when the Police said over their loud speaker *"PULL OVER"*, I did so.   The Police got out, and approach my vehicle asking for my Insurance and registration card, I could not locate my Drivers License at that moment, because I was a bit shocked and off guard, that they would be stopping me.   I was confused, then he said "If you don't have your lincense, we gonna have to take you in".   He, continued by stating that
"You do not have insurance on your car", and "I need to see some other identification".   In dis-belief I said, "How could that be", he asked, *"What is your birthday"?*, anxiously with his pen and paper close to his face with anticipation, waiting to write it down.   I repeated the information several times, when he asked for my *Social*

*Sercurity number*. At that moment, my daughter and I looked at each other and chuckled, saying at the same time, *"This is about Zaire"*, commenting **"This is harassment"**. I realized then I was their *target*, and they were *fishing for* information about me. The Police taking the information partner, quickly stated in a snapping tone "Don't say that word"!, and the one actually taking the information, stated *"WE NEED TO KNOW WHO YOU ARE"!,* in a demanding aggressive inquisitive tone. I have been asked this same information before by a detective named Hunter at the 73rd Precinct. And this confirmed my *suspicion* the stop was under *false pretense*. Seeing, that I had *no Police records*, I guess they needed a reason to create one serious enough to charge me so they could arrest me, in retaliation for writing letters about **"POLICE CORRUPTION"** at the 73rd Precinct, and several others in that area. At that moment things began to get a little out of control when my grandson got out of the car and stood by the drivers side where I was still sitting, stating *"Noboby is going to take my grandmother to jail"*. Seeing his facial expression the Police turned his attention away from me, to him; (I felt he was being protected of me). The arresting Police looked at him as if surprise, and said *"Put your hands behind your back yor're under arrest"*. My daughter got out also, walked over to the drivers side and stood by my grandson and pleaded with the arresting Police not to arrest him. He is of *"SPECIAL needs"*, and he was not aggressive towards the Police, he just stood there quietly. Sudden, from out of nowhere, I saw several Police vehicles arriving at the scene, they all jumped out of their cars *rowdyishly and immediately started to attack my daughter and* grandson. My daughter was injured, rough up by Police as one manhandled her, and another who looked like an amazon on steroids jumped on my 17 year old grandson back ridding it, as if he was riding a seesaw wildly. *I was not pleased by what I saw*. His body from the chest to the thigh area was lying, firmly on his back as his left foot rested on the bumper of the vehicle, and the right foot was on ground. They were apart (spread wide) as he *wildly* (with aggression) attempted to *smash his face* to the hood of the vehicle. They caused *further damage* to my daughter wrists in that she already had on an ace band, due to experiencing pain from Corpel Tunnel Syndrome at that time. The one who arrested her was *rough and rowdy* causing *injury to himself*, as well as she as he handcuffed her. She suffered *deep contusions* above the upper wrists area, and my grandson had a *burn to* the calf of his arm from the shirt, as a result of the tight hold by Police who angerly attacked him. Seeing how they created a *"SMALL RIOT"* upon me and my family with so much force; all I could do was to **SCREAM AS LOUD AS POSSIBLE** to

get an audience to witness how they were attacking one women
and a child; all to justify their cover-ups of a mess, they
have created, and the real reason they stopped me in the
first place; under false pretense to get information about
me.   There was atleast 12 Policemen 2 of them women.   The
situation was made worse, after they arrested the three of
us on bocus charges, while one of the woman drove my car to
the Precinct (81st) and a *bugging device* was put in it.   I
was released, within 3 hours, and my grandson later during
the evening, and they dragged my daughter through the
Criminal Justice System.   I guess they were worried, because
her ***arms were bleeding*** and paining badly.   Ambulance was
called and the attendant wrapped ace bands on both wrists.
The one  she wore, before the incident was lost, during the
arrest.   She was released the next day during the night, and
we immediaately went to the Hospital emergency room, because
her arms were still hurting.   The arresting Police went
immediately to the Hospital that night after he arrived back
to the precinct, claiming my daughter caused injury to him.
They also, did an FBI back-ground check on her.   Again, an
over use of their authority coupled by *lies* and *deceit* made
to other Law Enforcement Agencies.   It seems to me that
crime is higher in our community where White Policemen are
Policing, and when I am driving I always see them stopping
blacks motorists giving the citations.   I feel this style of
policing is **discrimination** at its' worst, and a form of
*"DRED SCOTT", MILITIA*  Why we must pay and the whites get
away, I fell there is something *illegal* about this tactic.
An investigation needs to conductive, and **laws changed** to
stop this gross *ignored problem*.   I am not happy with what I
am ⬛⬛⬛ seeing, when I am driving in our communities, I have
family members in 3.

This *waste*, of city tax dollars, is *enormous* seems to me,
because of the *initiating* of "Internal Affairs", and a
splinter group of Policemen lies, vent on *continued*
*Corruption* to *cover-up* their bocus "Tactics of harassments
in arrests" along with the ovious attempts to *frame* my
grandson and it goes on.   Rataliation of all sorts started
actually 2006, and *escalated* in 2008, August/September when
I wrote about my *"Concerns of his safety",* while in their
custody, after he had been injured as a result of being
handcuffed tightly for a long period of time and sodomized.
He has also, been **stripped** search.   I am trying to
understand what is their agenda, and why they are seemingly
so fascinated with seeing the ***"NUDITY OF BLACKMEN BUTTOCK"***.

It seems, as if they get a thrill out of *boasting* about
these herindous *violations* of someone "*Civil Rights,* and



**NEW YORK METHODIST HOSPITAL**

Member
New York-Presbyterian Healthcare System
Affiliate: Weill Medical College of Cornell University

# New York
# Methodist Hospital
506 Sixth Street
Brooklyn, NY 11215
www.nym.org

*Main Number*
**(718) 780-3000**

*Emergency Dept.*
**(718) 780-3136**

### EXITCARE® PATIENT INFORMATION

Patient Name: <u>zabion bryant</u>
Attending Caregiver: <u>Eric Schultz, MD</u>                    *Grand son*

# Abrasions

Abrasions are skin scrapes. Their treatment depends on how large and deep the abrasion is. Abrasions do not extend through all layers of the skin. A cut or lesion through all skin layers is called a *laceration*.

## HOME CARE INSTRUCTIONS

➢ If you were given a dressing, you should change it at least once a day or as instructed by your caregiver. If the bandage sticks, soak it off with a solution of water or hydrogen peroxide.
➢ Twice a day, wash the area with soap and water to remove all the cream/ointment. You may do this in a sink, under a tub faucet or in a shower. Rinse off the soap and pat dry with a clean towel. Look for signs of infection (see below).
➢ Reapply cream/ointment according to your caregiver's instruction. This will help prevent infection and keep the bandage from sticking. Telfa or gauze over the wound and under the dressing or wrap will also help keep the bandage from sticking.
➢ If the bandage becomes wet, dirty, or develops a foul smell, change it as soon as possible.
➢ Acetaminophen (Tylenol®) or ibuprofen (Advil® or Motrin®) may be taken as directed for relief from pain and discomfort.

## SEEK IMMEDIATE MEDICAL ATTENTION IF:

➢ Increasing pain in the wound.
➢ Redness, swelling, or pus coming from the wound.
➢ An oral temperature above _____ *101* _____ develops.
➢ Any foul smell coming from the wound or dressing.

Most skin wounds heal within ten days. Facial wounds heal faster. However, an infection may occur despite proper treatment. You should have the wound checked for signs of infection within 24 to 48 hours or sooner if problems arise. If you were **not** given a wound-check appointment, you should look closely at the wound yourself on the second day for early signs of infection listed above.

## FOLLOW-UP INSTRUCTIONS

| When | With |
|------|------|
| 1 week | your doctor or 499-CARE for referral -    (    ) - |

*Result of family being attacked 9/15/0.*
*Riot cops*



Case 1:10-cv-03734-SLT-JO Document 1 Filed 08/13/10 Page 37 of 90 PageID #: 37

# STATE OF NEW YORK
## DEPARTMENT OF MOTOR VEHICLES

6 EMPIRE STATE PLAZA, ALBANY, NY 12228

NOTICE OF DISMISSAL OF TRAFFIC TICKET 11/07/08

PAIGE BETTIE
225 STERLING PL 6G
BROOKLYN NY 11238-4916

IMPORTANT: KEEP THIS NOTICE FOR YOUR RECORDS

THE TICKET(S) SHOWN BELOW HAS(HAVE) BEEN DISMISSED. NO FURTHER ACTION IS REQUIRED FROM YOU ON THIS CHARGE. PLEASE KEEP THIS NOTICE FOR YOUR RECORDS.

| TICKET # | VIOLATION DESCRIPTION | VIOL DATE | ISSUED IN | REG INFO |
|---|---|---|---|---|
| AAJ0946956 | UNLICENSED GT 60DAYS | 09/15/08 | BROOKLYN NORTH | |

Paid

---

REGISTRATION SUSPENSION TERMINATED
PAYMENT OF CIVIL PENALTY
INSURANCE CANCELLED        6/12/08
OLD INS. COUNTRY-WIDE INS CO
ORDER NUMBER               C807281
LENGTH OF LAPSE            57 DAYS
PAYMENT AMOUNT             510.00

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|-----|------|-------------|
| EBA9329 | PAS | 1991 | LINCO | 01/29/09 |

PAIGE BETTIE
225 STERLING PL 6G
BROOKLYN        NY  11238

VIN    1LNCM81W9MY713162
SURRENDER DATE
ITEMS SURRENDERED

5382340D
FS-6T (12/07)  COMMISSIONER OF MOTOR VEHICLES    PART 1
GEM BRK121
5382340D AUG 21 2008

---

REGISTRATION SUSPENSION TERMINATED
PAYMENT OF CIVIL PENALTY
INSURANCE CANCELLED        6/12/08
OLD INS. COUNTRY-WIDE INS CO
ORDER NUMBER               C807281
LENGTH OF LAPSE            57 DAYS
PAYMENT AMOUNT             510.00

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|-----|------|-------------|
| EBA9329 | PAS | 1991 | LINCO | 01/29/09 |

CIVIL PENALTY OPTION ALLOWED
ONCE IN A THREE YEAR PERIOD

VIN    1LNCM81W9MY713162
SURRENDER DATE
ITEMS SURRENDERED

PAIGE, BETTIE
225 STERLING PL 6G
BROOKLYN        NY  11238

5382340D
FS-6T (12/07)  COMMISSIONER OF MOTOR VEHICLES    PART 2
GLM BRK121
5382340D AUG 21 2008
200808211016 24



# SUSPENSION ORDER

08/13/2008

PAIGE,BETTIE
225 STERLING PL 6G
BROOKLYN NY 11238

| Identification No. | Date of Birth/Sex | Plate No. & Type | Exp. Date | Order No. | Effective Date |
|---|---|---|---|---|---|
| P01307 48275 206103-43 | 09/21/1946 F | EBA3323 -16-PAS | 01/23/2009 | C807281 | 08/11/2008 |

Your New York State registration and license plates are suspended for **57** days effective **08/11/2008**

CAUSE: FAILURE TO MAINTAIN CONTINUOUS LIABILITY INSURANCE COVERAGE
Section 318.1 of the New York State Vehicle & Traffic Law requires that all registered vehicles have liability insurance coverage at all times, even if not driven. We received notification of new insurance coverage on the vehicle registered in your name, described on the tearstrip below, but there was a lapse of coverage (see dates below). If paper proof of insurance was submitted, DMV will electronically confirm the validity of the proof with the insurance company. The length of the suspension is equal to the number of days your vehicle was registered and uninsured. PLEASE FOLLOW THE INSTRUCTIONS BELOW.

You must IMMEDIATELY turn in your registration and license plates by mail or in person to: DEPARTMENT OF MOTOR VEHICLES        2875 WEST 8TH STREET CONEY ISLAND, NY 11224

A civil penalty option, which allows you to keep your registration and license plates, is available. Instead of turning in your license plates, you may pay a fee for each day your vehicle was registered and uninsured. Your civil penalty is $510 This fee may be paid by mail or in person at any DMV office. If you prefer to mail your payment, you must send a certified check or money order (payable to the Commissioner of Motor Vehicles) and the bottom portion of this page to: NYS DEPARTMENT OF MOTOR VEHICLES, 11 GREENWICH STREET, NEW YORK, NY 10004. Personal checks cannot be accepted.

If paper proof was not submitted, and if you believe that an insurance company did not provide correct information to DMV, contact your insurance company, agent or broker. The insurance company must send corrected insurance information to DMV electronically.

 **MERCURY**
INSURANCE GROUP

13 Cornell Road
Latham, NY 12110
1-877-533-6330 tel
1-727-329-3989 FAX

**March 12, 2010**

**Re:   Named Insured: Bettie Paige**
**Policy Number: 3101-01-100016193**

To Whom It May Concern:

Please be advised that the insured **Bettie Paige** maintained continuous coverage with Mercury Insurance Group, under policy number **3101-01-100016193** from **08/09/08** through **02/09/09**. Our company code is 479. The following vehicle was listed on the policy :

1991 Lincoln                                    Vin: 1LNCM81W9MY713162

We hope this will help in resolving this matter and apologize for any inconvenience. If you should need anything further, please advise.

Thank you.

Sincerely,

Julie Carlino
DMV Specialist/ NY Underwriting Policy Examiner



## *WebCrims*

### *Appearance Detail*

[ Charge Detail ]

[ Defendant Detail ]   [ Close ]

You can receive an automatic email reminder of this court appearance
either 7, 14, 21 or 28 days in advance of the appearance date.
*Simply click on the Email Notification button.*

[ Email Notification ]

**KINGS Criminal Court**
**Docket 2008KN068885**
**Defendant PAIGE, ANGELA**

**Appearance Information:**

| Appearance Part & Date | Judge | Calendar Section | Court Reporter | Release Status | Arraignment Type | Hearing Type | Docket Detail |
|---|---|---|---|---|---|---|---|
| AP3, October 23, 2008 | | Pending | | | | No Type | |
| APAR3, September 16, 2008 | WILSON, J | Pending | DALPOS, | Released on Recognizance | Pre-Arraignment Deposition Given | | CASE CONTINUED (ADJOURNED) |

**Docket Information:**

| Standards and Goals Age | Defendant Status |
|---|---|
| | |

**Docket Sentence Information:**

| Docket Sentence |
|---|
| No Data Available |

**Defense Attorney Information:**

| Name | Type | Court Date | Court Part | Firm Name | Phone Number | Address |
|---|---|---|---|---|---|---|
| | Legal Aid | September 16, 2008 | APAR3 | | 718-237-2000 | 111 LIVINGSTON STREET, BROOKLYN, NY, NY |

**Assistant District Attorney Information:**

| Name | Assignment Date |
|---|---|
| SAND, | September 16, 2008 |

*Pge1*

*Angela*

WebCrims



New York State Unified Court System

$\mathcal{S}$COURTS

## WebCrims

### Charge Detail

[ Defendant Detail ]

[ Appearance Detail ]  [ Close ]

**KINGS Criminal Court**
**Docket 2008KN068885**
**Defendant PAIGE, ANGELA**

| Law Code and Code Section/Subsection | PL 195.05 00 |
|---|---|
| Charge Detail | A Misdemeanor, 1 count, Arrest charge, Arraignment charge Description: OBSTRCT GVRNMNTL ADMN 2ND |
| Disposition/Sentence | |

| Law Code and Code Section/Subsection | PL 205.30 00 *** TOP CHARGE *** |
|---|---|
| Charge Detail | A Misdemeanor, 1 count, Arrest charge, Arraignment charge Description: RESISTING ARREST |
| Disposition/Sentence | |

Pg2

Angela



NEW YORK METHODIST HOSPITAL
Member
New York-Presbyterian Healthcare System
Affiliate Weill Medical College of Cornell University

# New York Methodist Hospital

506 Sixth Street
Brooklyn, NY 11215
www.nym.org

*Main Number*
**(718) 780-3000**

*Emergency Dept.*
**(718) 780-3136**

## EXITCARE® PATIENT INFORMATION

Patient Name: <u>Angela Page</u>
Attending Caregiver: <u>Tara Khan, MD</u>

# Contusions

You have a deep bruise (contusion). Contusions are areas of tenderness and swelling in the soft tissues. They are the result of damage and bleeding in the injured area. Minor trauma will give you a painless bruise, but more severe contusions may stay painful and swollen for a few weeks. Treatment includes:

&gt; Rest the injured area until the pain and swelling are better.
&gt; Apply ice packs every few hours for 2-3 days, then moist heat.
&gt; Elevate the injury to reduce swelling.
&gt; Compression bandages also help reduce swelling and motion.

A hematoma may form in large contusions. This is a collection of blood in the deep tissues. Hematomas are usually reabsorbed by the body naturally. Sometimes they need to be drained.

## SEEK IMMEDIATE MEDICAL CARE IF YOU DEVELOP:

&gt; Signs of infection (increased redness, swelling, pain), of if the area becomes numb, cold, blue, or more painful.

## FOLLOW-UP INSTRUCTIONS

| When | With | |
|------|------|---|
| 2-3 days | NYMH Physician Referral Line 718-499-CARE, - | - (718)499-2273 |

I request and hereby authorize New York Methodist Hospital to send a copy of my discharge instructions from the Emergency Department to my physician and it is my responsibility to follow-up after discharge with my doctor.

Patient or Guardian Signature: _____    Date: _____

**Signature acknowledges that Patient and/or Guardian has received these instructions and understands them.**

| Patient or Guardian Signature | Date | Witnessed & Instructed by | Date |
|---|---|---|---|

**New    York    Methodist    Hospital    Phone    Number    •    (718) 780-3000**

*Partial of an appeal*
*stating my name*

the judgment in this case, and, on information and belief, is at liberty, having satisfied the conditions of her sentence.

## QUESTION PRESENTED

Whether, where appellant's attempt to forestall the arrest of her teenage nephew involved at most minimal provocation or contact with the arresting officer, the People failed to establish appellant's intent to assault, menace, harass, annoy, or alarm the officer and thereby failed to prove appellant's guilt charges beyond a reasonable doubt. U.S. Const., Amend. XIV; N.Y. Const., Art. I, §6.

## STATEMENT OF FACTS

### The Trial

### The People's Case

Shortly before 8:00 p.m. on the evening of September 15, 2008, Officer Jarrod Hebert was in uniform, on duty, driving a marked "RMP" police car westbound on Fulton Street in Brooklyn (16-19, 31).[1] He was with his partner, Officer Congalosi (18). It was dark out, but street lights illuminated the area (34-35). Hebert noticed a 1991 Lincoln Town Car driving eastbound on Fulton and, using his "mobile digital plate reader," determined that the car's vehicle registration

---

[1]     Numbers not preceded by a letter refer to the minutes of the bench trial on March 19, March 26, 2009. Numbers preceded by the letter "S," refer to the minutes of the June 23, 2009, sentencing.

was suspended (18-19, 31). Flashing his lights and activating his siren, he turned his car around and brought the Lincoln Town Car to a stop near the intersection of Howard Avenue and Fulton Street (19, 35). *Still waiting for police surveillance Tape request*

Hebert and his partner exited their car, and, while Congalosi spoke to the persons in the back seat, Hebert approached the driver's side of the other car (19-20, 34). There were passengers in the front and back seats, and appellant was holding a "toddler" or small child in the backseat (33). When Hebert asked the driver - - Betty Paige - - for her license, registration, and insurance papers, she was unable to produce them (19-20). He also heard the driver, who was upset, say *Lies, I was Too Shock to say anything get the Vedio Tape* "racist cop - - you pulled me over for no reason" (20, 48). Asking her *you'll see if they haven't altered it* for these papers a second time, he was told again that she did not have them and that "you could just write me a ticket" (21-22). After he had asked her for her social security number and received one from her that had too many digits, he asked her if it was possible to contact someone and have them bring identification for her, adding that, if *Lies* this did not happen, he would have to take her to the precinct to ascertain her identity (22, 37).

After he told her this, with the driver still seated in the car, a man who had been sitting in the back seat exited the car, approached

*This whole Pretextual stop was about me, and was connected to my grandson. they were seeking information to further check me out.*

4

the front of the Lincoln Town Car car, and said, "[y]ou're not arresting grandma" (22). Hebert later found out that the man's name was Zambion Bryan (23-24). He described Zambion as acting in a "very threatening manner" - - yelling and exiting the car aggressively, by slamming the door and walking fast with his hands in the air and pointing his finger (22-23, 39-40). He maintained that Zambion managed to position himself between Hebert and the driver's door, blocking Hebert's access to the driver (22-23, 39-40). He did not, however, have any physical contact with Zambion at this point (40-41).

Hebert asked for Zambion's "ID," but Zambion refused the request (23). As Zambion started to walk away, Hebert grabbed his arm (23). Zambion, however, "pushed [him] off by shrugging" and continued walking across the street (23). Hebert followed him, grabbed his arm again in an attempt to handcuff him, and told him, "[y]ou're not going anywhere - - you are under arrest" (23-24; 42-43). Zambion "continued to struggle" with Hebert (24; 42-43).

At this point, appellant came up to Hebert and grabbed the hand holding Zambion, attempting to pry loose Hebert's fingers from Zambion's arm (24, 42-43). As she did so, he noticed a sharp pain on

5

his ring finger (25). Appellant, whom Hebert did not see until the second time he had grabbed Zambion, was upset and shouting, "[l]et him go" (24, 44). As Hebert held Zambion's arm with one hand and appellant's with the other - - trying to push appellant away - - he pulled out his radio and called for back up (24, 42-43, 46).

As Congalosi grabbed Zambion, Hebert turned his attention to appellant (25). He grabbed her arms and pushed her against a recently-arrived RMP (25). As he was doing so, she kicked him in the knee (25-26). He ended up handcuffing her and putting her in the RMP (26). Appellant was then taken to the precinct and booked (27-28). Congalosi, meanwhile, had handcuffed Zambion (44-45). Hebert did not know where the driver was during this activity, but did state that she was handcuffed shortly after appellant (48).

Hebert's finger was bleeding, and he went to the hospital (27-28). He received a tetanus shot, and his finger was "bandaged" (28). His knee was bruised the next day, but he was nonetheless able to work (28). (The medical records for this hospital visit were entered in evidence as People's exhibit 1 [53-54]).

Hebert conceded that he discovered later the same night that the car's registration had not in fact been suspended, explaining that

it is possible to get false positive readings on his electronic device for checking registrations (32, 49-50). He further claimed that he had been unable to verify this reading immediately due to the actions of appellant and her family members at the scene of the incident (50-51).

### The Defense Case

Appellant, Angela Paige, has four children and three grandchildren and, at the time of trial, had worked for Off Track Betting for ten years (55-56).2 She is four feet eleven and one-fourths inches tall and weighed 125 pounds at the time of trial (60).

At the time of the incident, she was in the back seat of her mother's car, with two nephews, a daughter, and two-and-a-half-year-old grandson, on the way to clean the basement for her daughter's baby shower (57-58). Officer Congalisi, "the nice cop," checked out the persons in the backseat and gave them permission to exit the car (60-61). They went across the street, at which point they were on the way to appellant's house, at "the next corner" (60-61).

---

2    Appellant pleaded guilty on June 10, 1988, to a disorderly conduct charge involving fighting/violent behavior and to a harassment charge (72). In 1993, she pleaded guilty to attempted criminal sale of a controlled substance in the third degree (56-57, 72-73).

7

Her sixteen-year-old nephew, Zambion, was still in the car when everyone else had exited it (62).

When appellant saw the other officer talking to her mother and confronting her nephew, she crossed the street to see what was happening (61). She recounted: "I didn't go to approach Zambion and the officer, I went to talk to my mother" (64). Her mother said that the police were going to arrest her and were shaking and rummaging in her bag (62).

Recounting the events surrounding her nephew's arrest, she stated that she did not kick him and explained that she could not have kicked him even had she wanted to because she was unsteady on her feet due to the four-and-a-half-inch heels she was wearing (63-65, 71, 84). She further denied having pursued Hebert as he followed Zambion and insisted that she and her family members had not been "loud" (77, 80). A crowd eventually gathered at the scene of the incident (67, 80). She was crying at the time of her arrest (84).

The Motion to Dismiss

At the end of both the People's and the defense cases, counsel moved for a trial order of dismissal for failure to make out a <u>prima</u>



81st Act Incident
9/15/07 occur at
Howard Allcue &
Fulton Street

# COPS STING COPS

## Undercover 'framed'

New York Post, Friday, July 30, 2010

nypost.com

### EXCLUSIVE

**By LARRY CELONA
and TIM PERONE**

Two cops from a troubled Brooklyn precinct tried to trump up charges against a perp — who turned out to be an undercover Internal Affairs investigator, sources said yesterday.

Sgt. Raymond Stukes and Officer Hector Tirado have been indicted and are expected to turn themselves in to the DA today.

It's the latest black eye for the 81st Precinct in Bedford-Stuyvesant, which is under investigation for pushing cops to make arrests for petty crimes as well as fudging stats to downgrade the more serious ones.

The officers were snared in a sting by Internal Affairs in December when they were told to keep an eye out for people selling untaxed cigarettes in their precinct.

Some time later, they saw a man hanging out on a corner in the neighborhood and found that he was carrying packs of knock-off smokes.

Stukes, 45, and Tirado, 30, cuffed him, but then claimed that they had seen him selling the bogus butts to two people, according to sources.

Little did the hapless cops know that the man in their custody was an undercover corruption investigator and that the whole incident was caught on video.

To complete the ruse, the undercover cop was processed at the station house so as not to tip off Stukes and Tirado about the sting.

Stukes, who has been with the NYPD since 1998, and Tirado, who joined the force in 2004, have been put on desk duty.

Sources said the indictment is expected to be unsealed today and the Brooklyn District Attorney's Office is set to charge them with felony perjury, filing a false report and filing a false instrument.

Internal Affairs began investigating the 81st Precinct after an officer there made allegations that bosses were telling cops to intentionally downgrade crimes to make their statistics look better.

While Stukes and Tirado stand accused of doing the opposite, police sources said both actions stem from precinct commanders caving to the pressure of top brass to make themselves look better.

"There's pressure on the cops from the bosses and they're getting pressured from headquarters," a police source told The Post.

The NYPD did not return an e-mail seeking comment.

# Bust 2 cops on phony arrest rap

TWO COPS from Brooklyn's embattled 81st Precinct were charged yesterday with making a trumped-up arrest — in a sting operation caught on video.

Like a couple of Keystone Kops, Sgt. Raymond Stukes and Officer Hector Tirado barged in on an Internal Affairs Bureau integrity test targeting another cop, sources said.

An undercover IAB officer, carrying a backpack filled with packs of cigarettes, was talking to the intended target when Stukes, 45, and Tirado, 30, showed up Sept. 3, 2009.

Unaware that IAB was taping the action, Stukes and Tirado began questioning the undercover cop conducting the sting.

He said the cigarettes had legitimate tax stamps, but they hauled him to the stationhouse and hit him with bogus charges: that he tried to sell bootleg cigarettes to two people, authorities said.

Stukes and Tirado pleaded not guilty to felony perjury charges and were released without bail. Their lawyers declined to comment.

NYPD spokesman Paul Browne said the integrity test was unrelated to allegations by suspended cop Adrian Schoolcraft that police supervisors at the 81st Precinct fudged crimes statistics and violated the civil rights of neighborhood residents.

The precinct's commander was recently transferred, and the NYPD is looking into Schoolcraft's claims.

**John Marzulli**

REUTERS

POST 8/10/10

# WANT MY 50M, STAT!

## NYPD fudged crime numbers then tried to destroy me, whistleblower cop sez in suit

**BY ROCCO PARASCANDOLA**
DAILY NEWS POLICE BUREAU CHIEF

A POLICE WHISTLEBLOWER is suing the NYPD for $50 million for locking him up in a psych ward after he accused his bosses of tampering with crime stats.

Brooklyn cop Adrian Schoolcraft claims his bosses wanted to wreck his reputation because he had proof they were fudging numbers at the 81st Precinct.

"They wanted to intimidate and silence him," said Schoolcraft's lawyer, Jon Norinsberg. "And they wanted to destroy his credibility so that no one would believe him when he went public with his charges."

The NYPD has portrayed the 35-year-old Bedford-Stuyvesant cop as a bumbling, unstable officer.

He spent six days under psychiatric observation at Jamaica Hospital after a confrontation with cops who came to his Queens home on Halloween. Cops say he went AWOL from work.

The suit, to be filed in Manhattan Federal Court today, says precinct brass had plenty of reasons to want Schoolcraft locked away.

The suit takes aim at Deputy In-



**Schoolcraft**

spector Steven Mauriello, the former commanding officer of the 81st Precinct, and at Deputy Chief Michael Marino.

The second-in-command for Brooklyn North, Marino was among at least a dozen cops who showed up at Schoolcraft's Glendale apartment.

In 2006, an arbitrator ruled that Marino, then running the 75th Precinct, broke state labor law by punishing cops who did not meet ticket and arrest quotas.

Marino had a lot to lose if Adrian went public about the corruption at the 81st Precinct," Norinsberg said. Marino did not respond to a request for comment.

The lawsuit says the hospital kept Schoolcraft against his will.

"They did absolutely nothing to assess Adrian's mental state," Norinsberg said. "There were no tests done."

After his release, the Daily News spoke to 10 of 14 victims whose names Schoolcraft had passed on to internal investigators. Seven said precinct cops refused to take their reports, downgraded felonies to misdemeanors or gave them wrong information about reporting a crime.

A short time later, Schoolcraft released tapes capturing Mauriello and other supervisors pushing cops to meet quotas and greeting crime victims with skepticism, even not taking their reports in some cases.

The NYPD initially stood by Mauriello, but Police Commissioner Raymond Kelly last month transferred him to Bronx Transit.

Schoolcraft, an eight-year veteran, remains under suspension for leaving work without permission. He denies that charge.

*rparascandola@nydailynews.com*

36. The 73rd Precinct has been unrelentless in their attempts to quell, their aim of entrapment and to cause the death of Ms. Paige and her grandson. This is her belief or make it possible for it to occur by someone else.

37. Ms. Paige grandson has been viciously attacked while at Rikers Island twice, made possible by Rikers Island Correction Officers who have been influenced by the Police mainly the 73rd and 88th Precincts in collaboratin to conspire in a "Cover-up" of their attempts to maintain the secrets of their collaborated conspiracy to engage in the entrapments of Ms. Paige's grandson, which are many. See letters dated 9/2/08 and 8/17/08.

38. A concerted effort has been constant in making sure Ms. Paige visits with him are prevented by creating scenario of scenes upon her arrival that may warrant a restriction from their prospective.

39. It is Ms. Paige belief, the intented "Motive" on the part of Correction Officers and Police who have navigated and acting in concert are to prevent visits by Ms. Paige with her grandson never again, while he's at Rikers Island Prison Facility. This factor in place would grant them continued freedom to "COVER-UP" their role being played in a Corruption Conspiracy. He is not knowledgeable in recognizing these tactics, because anyone who show kindness to him, it is viewed as one he trust, leaving his guards down to be framed and they know it. But, his grandmother is aware of these tactic, and they know this too, which is why they "Staged the set-up of 3/26/10 Prison Riot" to frame him yet again, and at the same time creating an atmosphere of setting the tone and stage, (if you will) to make him be viewed by others (Jury) as a potential "COP KILLER".

40. Ms. Paige belief is that they want her out of the way, as they have tried to do several times in many forms. see

(33)



*1st Attack*

# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT

| Page 1 of 2 Pages | Form: #167R-A Rev: 01/31/08 Ref.: Dir. #4516R-A |



**INSTRUCTIONS:** Original Report to Security, One copy to Clinic Lock Box, One Copy to Inmate Medical File.

| Command: OBCC | Date: 6/18/09 | COD/UOF #: | Injury #: 563 |

### TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY)

Inmate Name (Last Name, First Name): Paige, Ziare

| Location: 1 West | Work: N/A | NYSID #: 01977187N | Book & Case/Sent #: 90009 00781 |

Details: On Thursday June 18 2009 on the 1500 x 2300 hour at approx 1745 hrs. in housing area 1 west inmate Paige Ziare # 900900781 04977187N was involved in a fist fight with inmate Hernandez Neil #14109 07118 09428168 nb. Inmate Paige was struck in the facial area causing laceration.

*3-12 Tour*

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Williams, Capt.

| Date: 6/18/09 | Time: 1945 Hrs |

Employee: [X] (Did) [ ] (Did Not) Witness This Injury.

Employee Signature: Cobb    Rank/Title: C.O.    Shield/ID#: 18604

### TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)

| Date of Injury: 6/18/09 | Reported for Medical Attention: Date 6/18/09 6th Hrs. | Inmate Refused Medical Attention: [ ] Yes [X] No | Visible Injuries: [X] Yes [ ] No |

Nature of Injury and Cause: Multiple bumps and bruises to the face. abrasion left upper eye brow. + active bleeding. + physician involvement. Pt stable at this time + difficulty with respiration + functional limitation.

Medical Staff Must Note Location of Injury:

Treatment: Imp/ Multiple Bumps + bruises — wound cleaned. solution applied - Analgesic for pain.

| Treated By/Examined By (Print and Sign Full Name): CHIKO | Title: PA |

Referrals to Other Medical Services (If Yes, Document Medical Findings): [ ] Yes [ ] No

Shows that gang stiff happening at Rikers



**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

Parcy, Zanna
9000 900731

| DATE | OBSERVATIONS |
|------|--------------|
| 6/18/09 obec 6:10 pm | s/c injury |

s/c injury
↑ pt here for injury investigation
following fist fight with other
inmates. Pt claims injury to the face
and upper body
A0x3. stable ∅ AP pt
hx'l ∅ functional limitation
V/s 100/64 P66 R14 T98²
P/E HEENT. Multiple bumps +
bruises to forehead, face and
upper body area. Abrasion to lt
upper eye brow with ∅ active
bleeding. ∅ ocular involvement
eyes PERLA, +EOM ∅ discharge
∅ subconjunctival hemorrhage.
bumps + bruises around the cheek
and neck area
neck ⊕ supple ∅ rigidity
chest c/4. PFR 400
∅ respiratory difficulty.
Cor S₁ S₂ nsr
Abd Benign
Ext ∅ pertinent finding
neuro / intact.
bumps + bruises
— wound cleaned, Bacitracin applied
Analgesic for pain R/C PRN

OHIKA NWOGWUGWU, RPAC

[signatures] ___ MD
___ MD
R. CHE___

REMINDER: FULLY COMPLETE THE PROBLEM LIST

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INJURY TO INMATE REPORT**

2nd Attack

| Page 1 of 2 Pages | Form: #167R-A Rev.: 01/31/08 Ref.: Dir. #4516R-A |
|---|---|

**INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock Box, One Copy to Inmate Medical File.**

| Command: OBCC | Date: 6/19/09 | COD/UOF #: | Injury #: 567 |
|---|---|---|---|

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY)**

Inmate Name (Last Name, First Name): Porre, Zarre

| Location: Main Intake | Work: NA | NYSID #: 019 77187 N | Book & Case/Sent #: 900090 0731 |
|---|---|---|---|

Details: On June 19 2009 at apx 1400 Inmate Porre Zarre 900 090 7712 was involved in a fist fight with Inmate Harnandez Angel 141090 7112 in the main Intake holding pen # 5.

boy is he gonna get it

| Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Pittman S Cpt | Date: 6/19/09 | Time: 1410 Hrs. |
|---|---|---|

| Employee: I ☒ (Did) ☐ (Did Not) Witness This Injury. | Employee Signature: | Rank/Title: Co | Shield/ID #: 9713 |
|---|---|---|---|

**TO BE COMPLETED BY MEDICAL STAFF ONLY (PLEASE PRINT CLEARLY)**

| Date of Injury 6/19/09 | Reported for Medical Attention Date 6/19/09 3 PM Hrs. | Inmate Refused Medical Attention ☐ Yes ☒ No | Visible Injuries ☒ Yes ☐ No |
|---|---|---|---|

Nature of Injury and Cause:

1x1 cm cut to Mid Upper Lip
(L) orbital swelling

Treatment: - cleaning with saline
- urgicare for suturing
- (L) orbital x Ray - Motrin for pain

Medical Staff Must Note Location of Injury:

| Treated By/Examined By (Print and Sign Full Name): BOROS AMGAD | Title: MD |
|---|---|

Referrals to Other Medical Services (If Yes, Document Medical Findings): ☐ Yes ☐ No

# NYC HEALTH AND HOSPITAL CORPORATION
## CORRECTIONAL HEALTH SERVICES

### URGENT CARE CENTER
### TREATMENT

REFERRING FACILITY ___OBcc___

**ARRIVAL**

DATE ___6-19-09___

TIME ___7p___

PAIGE ZAIRE

900 09 00731

11-20-86

---

**NURSING NOTES**

V.S ___ T ___99⁵___ R ___18___ BP ___120/72___ RP ___80___

ALL: NKA

IMM: UTD 2y ago

CC/HPU:

Involve in fight a just sus al laceration to (L) upper lip.

SIGNATURE ___AM Legrand RN___

---

**DOCTORS NOTES**

CC:

HPI: Pt s/p being attacked yesterday at about 3P + again today at about 3PM today. Pt was hit in scalp + had cut over (R) eyebrow from first assault + (L) facial trauma upper lip lacent + long intraoral laceration from today's assault. Pt denie LOC, N, V, weakness, neck pain.

PE: NAD, ... EOMI, ... no ... ... Abd ... Neuro no motor deficit, gait speed ...

(R) lac (30th ... ) stellate lac ... 5 cm intraoral

DX: Facial lac s/ + pain

TX: Suture / Clindamycin

DISPOISITION/CONDITION: / ... stable

SIGNATURE:

PRINT:

F/U REC: Clindamycin 300 Ø ... × 5 days

Suture Removal

UCS 6/25/09.

**DATA / X-RAY / LAB / EKG**

Form UM-001 1/02

**NYC Health**

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

## PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

aige, Ziare

900-09-00731, 1977187N

11/20/1986, M

(21)

| DATE | OBSERVATIONS |
|------|--------------|
| 6/19/09 24PM | NSQ note |
| OBCC | S- Pt states "I was punched in Face by another inmate" |
| | O 99 6 80 18 B/P 130/76 bruises to (L) side of face c̄ discoloration and swelling small (R) upper lip laceration mod amt of bleeding noted |
| | A as above |
| | P wounds cleansed c̄ normal saline ice pack applied MD referral |
| | LNSA Stampan |
| | Sign Stampan |

HS 288 (Rev. 9/05)

19



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

Paige Ziare

900 0900731

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 6/19/09 3:00 PM OBCC | MD note |
| | 21 y/o male involved in a fist fight |
| | Sustained cut to ① upper lip |
| Allergy NKDA | vitals 97⁶  8 0  18  120/76 |
| | PE  1 x 1 cm cut to the upper lip with bleeding ① orbital swelling |
| | A/P cleaning by saline surgi care for suturing ① orbital x Ray  R/o fx Motrin for pain surgical informed  5 stitches |
| OBCC 1030pm 6/19/9 | PT returns for surgicare & RTC 6/25/9 for suture removal, RX= Clinda , ∅FX  Jaime Calvo, RPA |
| 6/21/05 OBCC | injury Reported/related on DOC  PMark[…]  LORA SLABODKINA, MD |

CHS 286 (Rev. 3/05)          REMINDER: FULLY COMPLETE THE PROBLEM LIST

letters 3/10/10, 6/12/10, take note to paragraph date 5/30/10 in letter of 6/12/10. There have been attempts to try and set the stage for Ms. Paige demise without anyone knowing they (Police) had anything to do with it, or making it possible for it to occur by someone else. By Mr. Paige not being able to contact his grandmother due to <u>"Intentionally blocked calls"</u> to her, and by being in "Solitary confinement" it is a perfect setting for their plan of allowing anything to occur to him then blame another inmate, if possible. As it is being done now, by constantly flooding his cell leaving the water on the floor intentionally knowing it will form "Black mold" as it have already on the wall of his cell. It's their way to "SLOWLY KILL SOMEONE BY TOXIC POISON, and no one get blamed. "ALL DONE IN RETALIATION AND INTIMIDATION". The flood has occurred on July 2, 4, 16, 2010 when the weather was "Very hot and misty". A total of 4 times, the date is close in proximity to the others.

41. This is one of Mr. Paige's major Complaints to his grandmother. She have assured him it is the Police who is preventing his calls from getting through to her in retaliation to her writing letters of Complaints concerning him. Whenever Ms. Paige arrived for a visit with him there is always someone there waiting to create an harassment scenario to prevent her visit.

42. Ms. Paige feel she have a "Right to challenge" any reasoning, which is most of the time considered harassment to her. She have been met with hostility from the Correction Officer in all sorts of scenario imaginable to cause a scene, then blame on her.

43. Certain Rikers Island Correction Officers who have conspired with Police in an elaborated scene of a plot to entrap Ms. Paige and her grandson by engaging themselves in Corruption to achieve their goal is a failed dilemma against her grandson.

March 10, 2010
225 Sterling Place
Brooklyn, New York  11238


Charles Hynes, District Attorney
360 Jay Street
Brooklyn, New York  11201


RE:  Defaults  in case  2008  KN051724 / KN073719 / KN067408 /KN068885
KN068885


Dear District Attorney Hynes:

I am writing, because I am troubled by what I have been witnessing when I visit
the Criminal Court, located at 120, Schermerhorn Street, Brooklyn, New York
11201.  As I sat waiting for defendant involving 3 cases mentioned above on
March 8, 2010, I noticed certain events being, stagnated with ponder to
procrastinate and filibuster in affect to  STALL.  Example: (1). During the early
stage of defendant court dates starting in May of 2009, they were weekly,
sometimes twice. On several occasion (3-4) times, after arriving for his scheduled
appearance from Prison (Rikers Island) he would sit all day, never to see a judge,
then taken back to prison late during the evening.  STAGNATED. (2). On all
Court appearence to date, he has been the last to be seen creating a slow down of
"Due process".  PONDER.  (3). The D. A. assigned to the case claims of, "Not
knowing which case to trial first or not ready yet", to a change of judge.
PROCRASTINATION. (4). Defendant informed all time incarcerated to date,
cannot be counted towards anything.  FILIBUSTER.

This ball playing, in my opinion to throw it around the court, "DENIES
DEFENDANT RIGHTS TO DUE PROCESS"  protected under the
"CONSTITUTION", specifically amendments: 4, 5, 6, 8, 14. I also, feel this
include Violation of "Civil Right" as well.

It also, seems to be the scenario with his Attorney, in that he is being denied the
RIGHTS to a conference with his client. His right to earn a living is put in
"Jeopardy" due to these constant delays.  Scheduled time court dates for
defendant, must be Juggle "Back and forth between courts", as the defendant is
"Never ready" to be brought, before the Judge orderly, create a tie-up with

Attorney and other client he has for the day, whom he depends to earn income.

On one occasion, he acknowledged "Jury 1" on the 3rd floor would be his destination, in preparing to start trial, but after arriving at Court, he found it not to be the case. Instead, he had to locate his client with the assistance of a Court Clerk.

I'm dismayed, by the DISPARITY seen towards people of "AFRICAN DECENT", while favorable decision are given to people of, "EUROPEAN DECENT" committing the same crime or worst getting time served or dismiss. To give you an Example: During a court date appearance involving case 2008 KN068885, on Thursday, March 19, 2009, I witnessed a D. A. (for the people) defend a woman of European decent, who stood silent along with her Attorney who committed two offense. He stated to (Judge Pickett who resided over the case), "This is an Immigration case", (the name mentioned was not clear to me, but he stated) "They want this case to be "TREATED AS TIME SERVED", referring to someone from the District Attorney Office to my understanding. He continued by asking, (as to be referring again to the D. A. office) they said, "Can this be done by tomorrow". The Judge said nothing, but her demeanor said yes. As she left the court room she had a huge smile on her face. Her number, I believe was 3 to 5 on the calendar list that day. I could not believe my ears, and thought, Africans from Jamaica are deported without a chance. This is common knowledge in the "African American Community". DISPARITY

When aforementioned defendant KN068885 was called before the judge, the female D. A. viciously attacked her verbally. She was adamant in her tone as she roar like a lion with her mouth tightly-disfigured and pretruding lips. Her face wore frowns as she read "ISN'T IT TRUE" after the other, slightly leaning foward, looking as if she was having a convulsion. No doubt after seeing this, I remembered the "Jim Crow South", "her action was with contempt, bigotry". The defendant, who is my daughter and I was shocked, in disbief of her behavior. It was unrelentingly real, she laid her destructive path to destroy, humiliate and dehumanized my daughter. She brought up 20 years of her past of, which she had left behind. She is a recovered "DRUG ADDICT". She (D. A.) stopped short of insinuating a charge from her past maybe still an indictable offense.

My daughter has worked hard getting her life back, she received her "CERTIFICATE OF RELIEF", and has moved forward to being employed.

As I watched she and her assistance maneuvered through the court whispering and snuggling with the Police (2), as if engaged in mischief. I was very troubled seeing this behavior, as they rallied around the Policemen, as if they were victims. My daughter is still having nightmares due to this horrible experience.

These Policemen, (who was trained in RIOT tactics) falsified statements, against my daughter, grandson and myself. To see that a LAW ENFORCEMENT PERSONNEL can recklessly destroy another life "Just because he can" concerns me greatly.

September 15, 2008, is a day "I will never forget". Myself and family were attacked by at least 12 Policemen, several of them women as one (a man) tried to smash my 17 year old grandson face on the back hood of a Police car. Thank GOD, he had a strong neck, because the Policeman doing this to him looked as if he was an ox on steriod, I mean he was really pumped up stiff as iron. I tried to stop him by holding on to his arm stating "Get of my grandson" but, he did not feel nor hear me, They all was out of control mentally as if they was in a "Bound yard fighting". Seeing they were caught up in a frenzy, I politely, walked away and began to scream as loud as possible, at which time, he immediately poised, looked at me, and stated, "You better get out the streets before you get hit by a car". I needed witness and I got plenty. The crowd came, standing on all 4 corners. This is the 81st Precinct, see enclosed documents. They took us all to jail. I was told, one of the female Police search my car and drove it to the 81st Precinct, where it was parked, in an enclosed parking lot where Detective and Policemen park their cars. This was told to me by my granddaughter, who came to pick it up, because a Policewoman informed me that, if no one came to get it, it would be towed. I later learned they bugged it and placed tracking device on it. I wonder what else they put into it. They have also, tapped my telephone, family and friends as well. Certain friends and family has been met with sudden tampering of their, mail, bank account and other areas of distorting, to say the least. I feel they are going too far and it need to stop NOW!

I was let go about 2 hours, and given 2 Summons, (See document enclosed). My grandson was also, let go about 6 hours, but my daughter was held over night for night court the next day September 16, 2008. She was released. As we left the court building, walking to my car on State Stree and Smith Street the two Policemen who originally stopped me under pretext were waiting, in a Police 15 passenger van. As we passed, (which seemed they had been waiting for us), they drove along side us with their window down.

*Since, this has happened, I am constantly followed by, Policemen wherever I go. Every morning when I arrive to work, I find one there already waiting and watching. They sometimes stand across the streets from my house on Sterling Place and Flatbush Avenue, or sit in a car. On Sunday September 6, 2009 I watched as (2) Policemen cars from the 73rd Precinct suddenly appeared as I sat in the front yard of my granddaughter house located at Howard Avenue, and Prospect Place across the streets from a school. I also, noticed a 3rd car driving fast coming toward*

*Howard Avenue from Eastern Parkway. As I came out of the yard where I was sitting enjoying my 3 great grand children, I walked towards my car and noticing at that moment a lone Policeman walking speedily towards the back of it, slightly bending over. Once he noticed I appeared, he immediately stopped, and began to look down to the ground as if he was looking for something. After I retrived the item from my car, whick took seconds he had disappeared. Seeing all the cars, I went to the front of the school entrance on Howard Avenue and noticed 2 Police cars parked directly infront of it, and a gray Government car parked also, in the middle of the two Policemen cars. The other (3rd) car was parked opposite the street from the school on the corner of Prospect Place. Not seeing anything I went back into the yard, and as I sat mending a piece of garment, I saw from the corner of my eye (right) as my back was turned towards the school, curtains blowing from the 2nd floor school window, as I turned my head to look, I saw a arm moved back quickly as if they jumped back out of view. I continued to look at the window for sometime to see if the person arm seen peering through it would re-appear, it did not. So again, I went back to the front of the school and saw the Police cars were gone. The gray was still there. I stood by the window of the driver, and looked at womam who were sitting in the driver seat. She looked at me with disdained, slowly turned her head, cranked her car and sped away. After, thinking about this delimma for a while, I concluded the Police were spying on me. School was still closed for the summer recess, and I wonder how they got into it.*

*I do not know their intention that day, but I AM SURE NOW IT WAS NOT GOOD. Therefore, I feel, I must continue to complain. The criminal acts committed against myself, family and friends by Police is unwarranted. I feel, I have the right under the "CONSTITUTION of THE UNITED STATES of AMERICA" 1st amendment to do so. This action of "STALKING DAILY MUST STOP". See enclosed list of a few licence numbers, and a copy of a gidget used to brake into my car.*

I am asking again the question of retrieving the Police surveillance tape at Fulton Street and Howard Avenue, September 15, 2008, Under the Freedom of Information Act. I'm sure, if the female D. A. see the real truth about what happed to us that day she would be quite disappointed.

Thank you

*Bettie Paige*

Bettie Paige

June 12, 2010
225 Sterling Place
Brooklyn, New York 11238


Board of Correction
80 Maiden Lane 17th fl.
New York, New York 10007

Re: Missing Identification, Earring/Scenario Tactic In Harassment
     To Entrap


Dear Sir/Madam:

It Appears the old game of "TACTICS IN HARASSMENT" in preventing me from visiting with my grandson has started again. On Sunday May 30, 2010 after visiting with my grandson, 9000900731 in OBCC my "IDENTIFICATION WAS STOLEN" from the locker used to keep personal items. A pair of Tear drop "Earrings also placed inside the locker has not been recovered".

As the bus were arriving, the Correction Officer, shouted "THE BUS IS COMING", everyone take out your ID's. When I searched my bag it was not there. The Correction Office used her body in a "STANCE" positioning her (body) against mine as she was aggressive to prevent me from going near the door. I was trouble by this aggression, thinking it to be unusual as she stated to me, "You cannot leave without showing your ID. I replied, "I can't seem to find it" and she said "Step aside so the others can get on the bus". I did so, as I frantically looked for my ID, and wonder its' whereabouts. At this point seeing how she seemed determined to block me in as if a fumbled in playing basketball. I felt she was acting very suspicious as if plotting "MISCHIEF". She was too close as if to provoke, or agitate.

My nephew, who was visitng out of town, a friend and I visited with him. There was no incident as I passed through the scanner with my identification but, once I prepared to leave this incident occurred. Seeing the identification was really missing, I became very nervous and some what panic, because I knew I had my identification and I put it into the bag. The Correction Officer stated to me, "IF YOU DON'T HAVE YOUR ID YOU CANNOT LEAVE". I looked at her and side "No way, am I not leaving here when I came in with an Id" and continued stating, "If I can't find my Id, then someone must have broken into my locker and stolen it". She stood quiet for a moment, then said "You will have to speak to my Captain", I said "Then call her", she said, "Wooo, I'm going to tell my captian you yelled at me". I looked at her, because I could not believe she was really serious.

while waiting to be called to leave a package, I witnessed a unusual event. I saw a man with his hands pressed against the glass door peering through towards me. The Correction Officer working at the scan post, let him in. As he passed by the scan point, I noticed the word "CORRECTION INVESTIGATION" on the back of the blue jacket he was wearing. He walked straight to the back of the visitor waiting area, "REST HIS BACK UP AGAINST THE COUNTER", as he placed one elbow to relax leaning upon the counter, and stared towards my direction for about 10 minutes. He came back through the scan point, and as he approached me, I ask his name, because I was seeking to put a face on the person to whom I had been writing letters of complaints. He explained who he was, and I learned he was not the person I expected.

Meanwhile, the Correction Officer left and once the conversation ended between the two of us, he said where is she? I said, "I don't know". He said, "Let me go get her". He went back to the same counter and stood there staring towards me again in the same position. I thought to myself, why is this man standing there staring at me?. Continuning to wonder is he staring, because he thinks I'm going to walk through this scan, or maybe he is just waiting with the "EXPECTATION OF ARRESTING ME", if I did without being cleared by the Correction office. In any event I felt he was up to

something that was not good for me.

She finally came back from the direction of the Prisoners entertainment area. As she walked towards me, I heard her say "You wanted to talk" the rest was not clear, but I heard that much. She immediately let him out. My grandson friend stated out loud "Grandma, did you hear what she said about you"!, I asked "What did she say"?, he quoted her statement, then I spoke to her saying "I heard what you said", stating, "I have the right to speak to him about my concerns", she did not comment as she checked me through the scan point.

The whole visit was met with some sort of confusion it seemed. She fumbled with the stamp as she attept to stamp my hand, and she almost tripped and fell at the scan point on a cord. It was pretty weird.

Turning your attention back to the "MISSING IDENTIFICATION" incident, it is my belief "THERE WAS A PLOT TO CREATE A SITUATION SO I WOULD BE ARRESTED IN RETALIATION", but the opportunity did not yeild it so.

I remembered how the Correction Officers at GRVC was constancely "USING THESE SAME TACTICS OF HARASSMENT TO ENTRAP", and responded, very swiftly by stating, "I WON'T TO FILL OUT A COMPLAINT FORM TO HAVE AN INVESTIGATION", because somebody broke into my locker and stole my identification. They all were shocked and hesitance. Seeing their demeanor, I has no doubt, "THIS WAS AGAIN AN ORCHESTRA COLLABORATED CONSPIRACY HOPING I WOULD ACT A FOOL, AND THEY WOULD KEEP ME IN JAIL, UNDER THE FALSE CLAIM OF NOT HAVING ANY ID". I kept insisting this point, and they quietly went away, meanwhile my nephew was frantically himself looking for my ID and found it in the hands of a male visitor.

He asked, where did you get this?. The man pointed in the direction

on top of the locker. My nephew went to the locker and placed his hand on top of it, as to indicate the spot of location, and the man shock his head indicating yes. Thinking about it for a moment, there was no doubt in my mind someone there took it out and placed it upon the locker to cause this confusion.

On June 6, 2010 I arrived for a usual visit with a brother, and as we arrived, I noticed through the glass door the back side of a huge buttock bend over, I could not make out the scene, not really focusing on anything, but as I came inside I heard loud talking, and noted the person doing it actually had their head placed inside the opening (hole) for receiving packages from visitors for the prisoners. She had her "WHOLE HEAD STUCK THROUGH THE OPENING TO THE SHOULDERS", and she talked in that position for about 10 minutes, as the women behind the receiving area was not working, due to her head in the opening.

Finally, she removed herself from the hole, and "I SAW A RED CANDLE BURNING UPON TOP OF A CABINET". I could not believe what I saw knowing the "SILENT FUMES RELEASED FROM THE CANDLE IS A DANGEROUS TOXIAN TO ONES HEALTH". As they begin to work I was called to leave my package, and the Officer servicing me asked, "IS THIS A PICTURE OF THE PRISONER?". I responded, saying "NO HE IS NOT" She said, "YOU DON'T HAVE TO BE SO NASTY, I JUST ASKED YOU A QUESTION". I replied to her "I am not being nasty, you asked me a question and I answered it", "No it is not he". She did not take my word (believe) it, so she reveiled the picture to the other lady working with her, stating, "IS THAT HIM". I did not hear her comment, but she obviously said no, because she took the picture.

As I passed through the scan showing my Id, and making my way to the final check point before my visit, which was being conducted by the "SAME WOMEN" who "HAD HER HEAD" through the package receiving window. Things went smoothly up to this point. Being it was my grandson brother first time visiting he had to go back several times to put items into the locker. I was already inside the area

waiting for him. Knowing he should have been next behind me to be checked, I came near the door and he was not there, so I yelled out his name. The Correction Officer told me to move from the door, I did so, and walked to the sliding door to wait as I had been told in the past. But she told me I must "SLIDE THE CARD" through a small letter size opening of the window by the sliding door and sit down. I told her "THIS IS NOT THE WAY I HAVE BEEN DOING THIS", and asked to see the Captain. She told me I will get her for you, so I walked near the door of the Captain office in the immediate area and sat in the chair near her door. She walked over to me and said give me the card, I hesitated a moment, then gave it to her, which she said, "YOU WILL NOT HAVE A VISIT TODAY"

I insisted that I see the Captain, while noticing the same old games in tactics of harassment to entrap at play, I told my grandson brother. "LETS GO", I see they are up to their old tricks again, and we prepared to leave. As we was leaving she came over to him and asked "WHO ARE YOU TO THE PRISONER?" he told her "HIS BROTHER", then she asked, "WHO IS SHE TO YOU?" he replied, "My grandmother". I told him "GO AHEAD YOU SHOULD HAVE YOUR VISIT", I'll wait here for you. He preceeded to, and was told he was sent back, we later learned he was never brought down.

Knowing how they could be "EVIL AND SPITEFUL" by making you wait for hours, I told him to forget it, because I did not have the time, since I was going out of town that night. Not knowing what they would do we left peacefully. As we was leaving, I looked back and saw she was staring in our direction, as if she was surprise to see that we actually left without incident. I did not know she had a plan in the making until.

Saturday June 12, 2010 when I returned again with the same brother, his 3 year old daughter and a friend visiting from out of town.

When I gave the Correction Clerk Officer my Identification, she informed me that I must go to the CVS, I asked, where is it located?. She told me. When I arrived at the other end of the facility to the

location, I asked the Captaim who was coming out of his office the whereabouts of CVS.  He pointed to the location, stating "THEY'RE NOT THERE HAVE A SEAT AND WAIT".  <u>I asked, "Since he is not here is there anybody else I could see"?</u>.  He responded "No".  It was almost 2:00 P. M. and noticing he seemed unconcerned, I walked over to another Correction Officer who was kind enough to page the person on his walkie talkie.

The person arrived and I was surprise to see it was the same person whom I had an incident in a "STANCE" on October 18, 2009  (See enclossed) "CAUSING ME TO TOUCH HIS REVOLVER".  I was <u>taken back and did not believe this same person who lied, preventing me from seeing my grandson was servicing me.</u>

I did not hesitate, stating what was told to me about coming to his location.  When he checked his computer, he informed me that "I WAS RESTRICTED FOR (1) YEAR", commencing June 2011. I asked for what?.  He told me, "I don't know maybe for the incident you had with the lady last week".  <u>I replied, "There is no way possible this is true, when the incident warrants no restriction at all"</u>

<u>This is the same man who tried to create a scenario, in the past by telling me, I would be restricted for 45 days, 45 days after that never to be able to come back there again.</u>  I feel this is discrimination.

I went back to the location where my grandson brother, friend and daughter was waiting and informed them of what  was just told to me. They could not believe it.

I feel this is once again an attempt to create a scenario by a person who seem to not know how to handle herself, judging how she greeted the visitors with her buttock pointed to incomers for a visit, staying in this position for about 10 to 15 minutes.  I am very much aware of the tactic now and I knew she was at work in trying to get me for a restriction, since the last two weeks previously yeild them nothing. There was no reason for her to ever go that far.  She neglected her job as she acted as a buffoon with her huge behind pointed towards the

incoming visitors.  It was something to see.  You could not make this type of behavior up.

I feel this is unjustified and attemps of "MENTAL TORTURE" to say the least.  This incident "WARRANTS AN INVESTIGATION", and "THE RESTRICTION SHOULD BE REVOLKED/VACATED".  See previously written letters complaining about these same factors "IN PREVENTING ME FROM HAVING ANY CONTACT WITH MY GRANDSON", and to place him in confinement so he could not have contact with me, creating a totally ISOLATION so that they can MURDER HIM UNSUSPICIOUSLY.  I am a fan of television "Cold case files" and I have seen how it is done, so I can reconize the "SIGNS OF A PLOT" when it is reveiled to me in any form, which is why I have complained.  Can you please provide me with the procedure of the rule when visiting someone in the box.

Thank you

Bettie Paige

Bettie Paige

/File:

Which, Ms. Paige feel "It is more to this saga that meets the eye". A cover-up

44. Ms. Paige Rights to the 1st Amendment, "Freedom of Speech" has been denied to her as well as her grandson.

45. On March 24, 2010 when Ms. Paige arrived at work a car bearing the Licence plate # EGX 1718 who has been stalking her was sitting in front of her place of work. During her lunch she visited a used Jewelry store and she was followed there by this person.

46. On Monday 6/21/10 another man who regularly stalked her by making a point of being the first person to be seen when she arrive to work at 7:30 A. M. in the morning. He usually have his arm hanging out of his car door window as he sat in the driver seat. His License Plate # is ESD 6273

47. Ms. Paige have made her Complaints about Corruption of these Policemen and she have had many different stalkers, some seldom, but the two mentioned above have been constant. Their License Plate # is EGX 1718 and  ESD 6273.  They know Ms. Paige have been taking Pictures, and their daily menacing has been, since January, 2010 she has notice. It is Ms. Paige's belief her telephone "Wire Surveillance" can be heard in the cars of her stalkers and the participant in this Conspiracy. It's also, her belief they had a hand and or involved in the "Staged set-up of the "Riot that  occurred on Rikers Island" 3/26/10 with their comrades the (2) men who came unexpectedly insisting on being the one's to check her grandson cell  and destroying his personal items. (See letters dated 3/27/10, 4/16/10, and 4/18/10.

48. Words of confrontation has been exchanged between Ms. Paige and ESD 6273 after arriving to work 6/21/10 at 7:30 A. M. with her great grandson, and finding him parked at the

Notice after taken Pictures of this ower of EGX 1718 Riot at Rikers Island occured. It my belief he may know the (2) men who came and set



The Tone for this to happen. Also after filing another claim in July. My Grandson Cell and Personal documents has been regular flooded Causing Mold. It is my belief he is Part of the Crooked splinter group of Corrupt Rfo Police

March 27, 2010
225 Sterling Place Apt. 6-G
Brooklyn, New York  11238

Revised 3/27/10


New York City Department of Correction
Dr. Dora Schriro, Commissioner
75-20 Astoria Boulevard Suite 110
East Elmhurst, New York  11370

Re:  Constant tactics in intimidation and harassment of threats by
     Correctional Officers towards  #9000900731 need investigation

Dear Dr. Schriro, Commissioner:

On Saturday, March 26, 2010 about 9:05 P. M. I was informed by
my grandson, Zaire Paige; after returning to his cell, following my
visit, it was "Bombed Rushed" by (two large) Officers.  This incident
occurred about 2:45 P. M..  He also, told me he felt they "Appeared to
be up to no good" at which time he told me "Just wanted you to know
in case anything should happens to me".  Their swift attack upon him,
yeild no time to obtain names nor badge numbers.  They held him out
of his cell for more than (5) hours

During the disturbance his food, cloth and family pictures were
removed from his cell I was told.  Verbal threats made to scan his food
through a machine, but after he complained about it causing
"RADIATION", instead, they opened and pour it all out, about
$80.00 to $90.00 worth.

I feel the "Aggression of this raid" upon my grandson was a disaster.  I
also, feel this "Agile aggressive behavior is a conspiracy" to aggravate,
agitate into provoking the "Riot" that occurred for the purpose of
creating a scenario by a organized splinter group of "Law
Enforcements both outside and inside Rikers Island" to set the stage

in the demise of my grandson.

This has been revealed to be true many times. On May 12, 2009, "Tortured" by (4) Policemen naked at the 73rd Precinct who beat and punched him about the head and ribs, then held while (1) forced a key into his lungs, again on June 18, 2009 attacked by (5) men who viciously beat him with fists to the head, while hands were cuffed behind his back, as he was being lead out of the cell by a Morrison, hands still cuffed behind his back, he was punched very hard to the face by a Angel Lopez causing a cut over the eye, June 19, 2009 viciously assaulted by the same man, Angel Lopez, stabbed to the upper lip requiring 17 stitches mostly to the gum, inside the mouth area; he has since, lost that tooth, as a result. January 22, 2010 threat made to him by a female Correctional Officer, a Ms. Jones who informed him that he would be placed in a position for this type of attack to be allowed to occur again, now this incident, of March 26-27, 2010. I wonder whats next.

This Collaborated conspiracy, I fell has taken on many directions, since I have been complainting-*I WILL NOT STOP.* It is my belief these splinter group of conspirator are using any and all types of tactics in harassments and intimidation afforded to them.

I have in the past requested that he be placed in a "Safe confinement" and nothing has been done. I am again, making the same request.

On Sunday morning March 27, 2010, as I awoke to the news I heard that a "RIOT" occurred at Rikers Island Prison Facility. The time or date was not given. I immediately dailed 311 to get information, but I was told by a employee I would have to wait until I hear from him.

I am requesting an investigation as to why their action was so combatting against my grandson. It seemed as if they were expecting some sort of reaction from him so they could escalate this incident into this malee. I feel, their action was a deliberate retaliation to a movie he proformed titled "Brooklyn Finest" recently. His discription of them (2) Policemen warned of "SUSPICION" to him descriping

their huge size.  They both were (white).  I also, have concerns about entrapement they may form in an attempt to stagnate and create a scenario of him being a danger to society "I heard on the news (3) high profile inmates were involved".  It is a known fact they (Police) resent him and so far I have seen how frivilous tactics of lies, falsely fabricated "Without punity" has been done against him  in the past. Not being satified about it, its' my belief that this whole thing was a "CONSPIRACY", of a "COVER UP" staging this unprovoked shameful, waste of tax payer  dollars.  I feel they were from the outside sent to "Create this mess".  I guess these two guys came to create a another case against him, thereby creating one they could work with, even if he was not involved in this melee, of which he could have been pulled into it by being attacked by "Those who are part of this consparicy".  Once they write their report of lies who will be his witness to what actually happened, especially if they "Had a man on the inside" who was the instigator to this melee, as were the times he was attacked previously, and threaten with one. Placing contraband in his cell maybe too weak so they stage a "Riot" in the event of making this work for them in building another case against him. I pray nothing happens to him, for the sake of those involved.

I hope you can understand my concern, since I know my grandson is not an instigator, or a bully and never has been. I do know he speaks up against things he feel that are unjust, as well as I.

Sincerely:

*Bettie Paige*

Bettie Paige

cc:   E. Holder, U. S. Attorney General
      Paul D. Annetts  (Still waiting for your response in the
                          attack of June 18, and 19, 2009)
      Steve Savoy, CFS III
      Eric Adams, State Senator
      L. James, Councilwoman
      Warden, GRVC, Rikers Island

P. S. The riot occurred at the GRVC Facility, which is where
      my grandson is housed in 17-B

Revised April 16, 2010

April 15, 2010
225 Sterling Place Apt.-G
Brooklyn, New York  11238


Mr. Robert Gignate, Internal Inspector General
Board of Correction
80 Madian Lane 17th Floor
New York  10007

Re: Mis-conduct/Corruption Investigation

Dear Mr. Gignate:

As you know, I have been writing for some time pleading the cause
for my grandson 9000900731, during the year of 2009 upon his
arrival at Rikers Island Facility, due to being "BEATEN TWICE",
among other things, almost immediately upon his arrival there.  I, his
friends and other family members also, was a target in this
"COLLABORATED CONSPIRED CONSPIRACY" to create a
scenario" in denying us visits with him in the begaining.  It ceased as
a result of letters written, I believe, but there was still elements of
those at play who did not like the change, and the "ULTIMATE"
occured.  I believe this "CASE" should not yeild my grandson the
"PUNISHMENT" received.  If you have not seen him in person, I
suggest that you do and draw your own conclusion.

I know he is not a "ANGEL OR A BULLY", but he does "SPEAK"
out against wrongs being committed upon him in a "PEACEFUL"
manner.  I am "NOT SATISFIED" with the results of what occurred
to him.  My grandson is not the person being "BETRAYED" by those
who told these "LIES" and by those who wrote these charges against
him.  "HE IS BEING FRAMED".

I wonder why such a "SWIFT RESPONSE" to, punish him, when "NOONE" was "PUNISHED" for what was done to him. I feel this is "DOUBLE STANDARD". What about the "GUARD WHO OPENED HIS CELL DOOR", and allowed (5) men to attack him, while his hands was handcuffed behind his back, what ever occurred to this matter. I am sorry for what happened to the two Officers, but my grandson did not do it.

He did not "INITIATE NOR START THIS RIOT", and I am requesting that a thorough INVESTIGATION be conducted, before this case is taken any further.

I always felt the "INITIAL GOAL" on the part of some <u>Correction Officer and some Police who are involved in this "PLOT"</u> to prevent my grandson from having any visit at all has partially taken place, as I have constantly stated in my written letters. "ISOLATION" is what they really want so he could be incidently killed, beaten to death by inmates. Something they would allow, then cover it up with noone being charged. This happens all the time in "PRISONS".

I believe, this whole "SCENARIO" is "CORRUPTION, PLOTTED, in retailation to my writing letters of Complaints, which I will not stop, until I can see that the "HARASSMENT" towards him has ceased. I believe he know something that is "CORRUPT committed by the Police (73rd Precinct).

Note all enclosed, information some "PRIVILEDGED" that will hopefully help you to understand, why I feel as I do.

Sincerely;

*Bettie Paige*

Bettie Paige

file:

April 18, 2010
225 Sterling Place Apt. 6-G
Brooklyn, New York  11238

Mr. Robert Gignate, Internal Inspector General
Board of Correcation
80 Madian Lane 17th flooe
Brooklyn, New York  10007

Re: Abuse and Violation

My grandson have been a "MODEL PRISONER", since being at your
Facility, Rikers Island and suddenly, after it has been known, he
performed in a "MOVIE" a rash of events in attacks have been
occurring to him from Correction Officers there.  I'm told he has seen
the movie.

When I visited with him on March 26, 2010 the day of his supposable
"INCITING A RIOT" occurred, he informed me that someone there
brought the DVD in for viewing.  I warned him that he should be
careful, not to be lead by getting involved with the going on in there,
and he should not partake in anything that could be viewed as an
infraction or anything that can come back to hurt him.  Knowing he
is a friendly person, and his trust of others is not proceeded with
"CAUTION" were my concerns.  He does not have a "GOOD
JUDGEMENT" of people.  Intrapment could be easily done, by
someone who may have "BAD INTENTIONS" against him.

My visits with him have always been as such, to "COUNSEL" him
about these things, which the element at play by the "SPLINTER
GROUP OF OFFICERS", both outside and inside is aware, which is
why all the attempts were made to block my visits with him in person

and by telephone. Having him in "ISOLATION" was their goal in making or braking the "ENTRAPMNENT" they was looking to achieve. Under the "CIRCUMSTANCES", I know he has done well,

After leaving that day of March 26, 2010, he later telephoned me informing me of what occurred concerning the (2) men who came. He felt they were up to "NO GOOD". A search of the inmates cell was in process, and an Officer already present, (as the (2) walked upon them) attempted to search his cell when he was told by one of the (2) "NO, WE GOT THIS". After being awaken by the news of a "Riot at Rikers", I was concerned to know if he was involved. I later found out that he was.

I know their "INTENTIONS, and I have concerns about how far they will go. So far, he has been "MACED" a number of times. What are their intention, to cause him blindness?. Their motive in doing all of this is an attempt to "BETRAY" him as a "MONSTER", or a "BEAST"? who attacks "LAW ENFORCER"; while, creating another crime against him, in another "COUNTY", which would "STAGNATE" yeilding them more time to "WORK" him over per se. "CORRUPTION" is what their doing and they know I know, which is why they have been "ATTACKING" me as well, sort of sending a messaage to "SHUT UP" or else. They know they can't "BREAK ME", so they have turned their attention unto him instead.

They seem to have "PEEKED" his card, learning of his weakness and has "MOBILIZED IN A RUSH" of attcks to "ENTRAP", so they can create a "BAD IMAGE" of him in court as being a "MENACE TO SOCIETY" who attack COPS when it is they who has been "SETTING THE TONE " in "PROVOKING, and ATTACKS", while lining up "PAID INFORMANT" against him. Friends who have been arrested, have informed him of being approached by these "CORRUPT" ones to "SNITCH" in favor of being released from their arrest.

There is "CORRUPTION" at play involving this situation, and it involves what I have been claiming all along. Members of the 73rd

Precinct and Members of the Correction Officers has CONSPIRED in a "COLLARBORATED" attempt in a plot to "RAILROAD". "CORRUPTION".   Killing him would be better no matter if it's the inmate.  Then it would be covered up as being him dead, and they stating he was a VIOLENT PERSON" killed during a MELEE, when it would have been a "SET-UP" all along.

. He his being denied his rights to the telephone calls allowed, and his calls has been intersected by those who are using "Wire TAPPING" to deny him the right to his telephone them.

It is my belief all this being done are ILLEGAL.

Your investigation in the matter would be appreciated.  I "CANNOT BELIEVE" he has done so well all this time to be "MESSING" up now.  "THIS IS A STAGED PLOT".

Sincerely;

*Bettie Paige*

Bettie Paige

file:

I am requesting that he "BE MOVED" back to manhatten for his safety, because being in this "PREDICAMENT CAN POSE" a life threaten situation; "BEING FED" by someone who maybe part of a "PLOT", against your "DEMISE" is a "DANGEROUS RECIPE" of being "POISONED".  I also, feel his "RIGHTS" to "DUE PROCESS" has been denied.  Although, some may believe he "HAS NONE"

corner in full view as she exit the van.

49. Upon noticing it was he, she took out her camera and began
    to take pictures of his car. He came out of it with his
    telephone camera, stating, "Since you are taking my picture
    I am going to take yours". She replied "You need to stop
    harassing me". He replied, "You need a man", and "She told
    him you're the one who needs a man".

50. Realizing she had her 4 year old great grandson with her,
    and things were getting a little out of control for a while,
    she let it go and moved on, but not before taking a couple
    more pictures. See copy with man holding his Cellular
    telephone in upward position in attempt to take a picture,
    with a cigarette in the other hand.

51. Ms. Paige left to take the child to a near by school and when
    she returned to her office, a co-worker informed her that 2
    Policemen in uniform came to her office looking for her
    stating "They wanted to ask her a few question".

52. License plate #ESD 6273 is unrelenting. He went as far as
    to come into her office on 3/24/10 inquiring of her name,
    after she took a pircture of him sitting directly in front of the
    door where she work.

53. It is her belief that one or both these men are connected
    to the (2) men who came to search her grandson cell at Rikers
    Island who destroyed it by opening up his can food to pour it
    over his clothes, Legal document and tearing up pictures of his
    3 year old daughter, flushing them into the toilet, creating a
    scenario that created the Riot at Rikers Island on March 26,
    2010 then blamed it on him. He was held out of his cell for
    more than 5 hours, while they destroyed it, then told him
    that he must get in it to sleep without sheets.

54. The hammering away at Ms. Paige in preventing her visits

with her grandson by creating scenes to write out restrictions reached it all time low when they broke into the locker she used to put her personal item not allowed to be worn when visiting inmates, and stole her Identification and a pair of gold tear drop earrings on May 30, 2010.  She was then told after this fact that she would not be able to leave the Facility without having Identification.  This act was the lowest she have experience yet, and pair of gold earrings are still missing which was given to her. (See letter dated June 12, 2010)

55.  This was committed as Ms. Paige, nephew and a friend of her grandson visited with him apparently this was done while we were inside visiting.



saw on June 11, 2010
Claim of life electrical
wire wire 🗫 ROPPED
off car. IN front
of my address





Exhibit A

## REMEDY SOUGHT

1.  A Cease to "Telephone Surveillance" and that of her family and friends. The Rights to exercise her Constitutional Right of Free Speech Amendment # 1, and # 14.

2.  Ms. Paige also is seeking an end to this splinter group of Policemen who are invading her Right to Privacy and a stop their intruding upon it, as if it was theirs.

3.  Being accused of "Being a trained murderer" by Det. T. Donohue, and whoes statement of her grandson learning to do from her is mean spirit in that he knows nothing of Ms. Paige nor her grandson for that matter. She is "Seeking to know where he got this information". His statement and the constant harassment by stalking of Police upon Ms. Paige has caused her tremendous undue "Mental Anguish and Stress" of dislike when she see a Policemen, while at the same time knowing all of them is not as cruel as he.

4.  As a result of their concerted efforts she have been denied her 1st Amendments Right to Free Speech, and access to properly use her Cellular telephone when the need arouse. The Wire surveillance by these "Crooked Police" has cause undue anguish and duress upon Ms. Paige family and friends. As a results of these constant violations to Ms. Paige Fourth, and Fourteenth Amendment Right, being denied by the persons who are suppose to be upholding ones right to Freedom from Intrusion and Freedom of Liberty.

5.  The violations of Ms. Paige "Basic Fundamental Rights, has

made her feel unclean, in that she feels she has been actually taken atvantage without no reguard over any part of her life, in fact Ms. Paige feel her life is no longer that of her own. She feels as if it has been taken away from her. The splinter group of Policemen has now began to target another grandson and is now attempting to "Set him up" to be injured while on Rikers Island.

6. On Wednesday morning 8/11/10 they removed him from a boys group home knowing the true facts, about his status, and remanded him to Rikers Island Prison Facility. Ms. Paige is at odds with Police, because of their intimidation and malicious attactks upon her right to Liberty. She feels because of her constant writing and filing Complaints concerning these Violation from Police they have retaliated by causing "MENTAL TORTURE" to her grandson, by placing him in Solitary confinement, denying him access to bacis needs while there, while unconstitutional denying her visits with him for over one year.

7. These acts is viewed by Ms. Paige as a gross Violation to infringe upon her "God given right" of visiting her loved one. An investigation into this incident is requested.

8. Unwarranted and negligent of disconcerns to Ms. Paige Rights is causing her continued "Truma and Mental Anguish". For this reason she has found it necessary to seek Remedy, therefore.

9. She is seeking an end to this form of aggressive stalking, and "Wire surveillance. A request is being made for an Probe into her "Complaint" by "FEDERAL INVESTIGATION" under the "RICO PROGRAM" as this form of harassment need to end now.

10. Ms. Paige is seeking remedy for pain and suffering of    1347 5980825
Mental Anguished with Cruelty in damages of
$500,000,000.00.

_Bittie Paige_                                      8/13/10
                                                    8/13/10