United States District Court
Eastern District of New York

-----------------------------------------------------X

Bettie Paige-El  :

                   :            10 Civ 3773

       Litigant

                 Amended
                 Complaint

       - against -

               Defendants

**FILED**
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ **MAY 0 7 2012** ★

**BROOKLYN OFFICE**

City of New York, New York City NYPD Detective
Thomas Donohue; Police Officer Jarrod Herbert;
Police Officer Congalosi, First name unknown Sir
name known as Congalosi

               Jury trial
              Demanded
                   :
                   :

-----------------------------------------------------X

## PRELIMINARY STATEMENT

1.   This is a civil action bought about to vindicate a violation of

Constitutional Rights under the Fouth Amendment.

2.   Litigant affirm and state all affirmation is true under penalty

of perjury.

3.   Bettie Paige-El In Propria Persona rights were violated after being

falsely arrested by (NYPD) Police Officers employed by the City of New

York Police DepartmentOfficers unconstitutional without cause, illegally

detained, (inhuman seizure) and arrested Litigant by threat, coercion, and

duress, depriving Litigant of Constitutional rights.

4.   Litigant seek award of compensatory and punitive damages, by

false arrest without due process or being advised of Mirand rights.

## Jurisdiction

5.   Court Jurisdiction and venue is correct, since incident occurred within the District of Kings County, which is in the Borough of Brooklyn, City of New York.

6.   The court has Jurisdiction and venue in the the Eastern District over the matter of Constitutional Laws.

## Parties

7.   Litigant at all times a resident of State of New York county during this matter.

8.   Defendant City of New York is a Municipal entity (Private Corperation) authorized under the laws of the State of New York.  It maintain a Private Police Department acting as agents in the area of Law Enforcement (as told to Litigant by Thomas Donohue on May 14, 2009 "The Police run the Police Department")  whoes ultimate responsiblilty is to enforce; Codes, Ordinance, and Statutes, by Officers as risks to the public services provided by NYPD.

9.   Plaintiff seek  remedy of relief from, intimidation, harassment, stalking, and wire surveillance, Conspiracy.

10.   The defendant, New York City Police officers, Jarrod Herbert, == and Congalosi are  employees and agents of the City of New York Police Department who were relevant and working at the time of indent in iniform.

11.   This Litigation is being filed against Defendant in their individual and Official capacities.

12.   At all times individuals (Defendants) were acting under "Color of

Law" during the scope of their duties and functions as they arrested Litigant on September 15, 2008 under false pretext.

13. Defendants were involved in joint venture, assisting each with the other in performing various actions described within and lending to their physical presence and support (Outside of Law) in their authority as Officers one with the other.

## Statements of Facts

14.   As Litigant drove along Fulton Street in the County of King, Brooklyn, New York with her family, on Monday September 15, 2008 Litigant were summoned to stop by the defendant Police Officers Jarrod Herbert, and == Congalosi (first name unknown) who was driving in the opposite direction at intersection on Fulton Street and Ralph Avenue.

15.   At time of incident defendant was engaging in conversation with family concerning plans for an upcoming "Baby shower," while also commenting about an incident of a Motorist running the right light just in front of the "Defendant Cruiser."

16.   After driving my Automobile to the side of the roadway to allow a motorist who was rushing to pass, and resuming my travel I heard a siren approaching behind my Automobile, but continued traveling.

17.   When a voice from the Police Cruiser, announced "Pull over" I did so, after being approached by Congalosi, who asked for all credential pertaining to the proper oder involing registrating my Automobile.

18. At time of seizure defendants behavior was unprofessional and disrespectful to Litigant and family.

19. During question by Congalosi, request for Litigant birthdate and Social Security number seemed to have been the focus point of the illegal stop.

20. Both Litigant and daughter agreed the illegal stop were not about automobile being insured as professed by defendant. Litigant, grandson whom the Police (73rd Precinct) had arrested, in a hast of many in retaliation against Litigant grandson for filing Complaints with the "Civilian Complaint Review Board" due to use of excessive force.

21. Defendant were seeking to find information concerning Litigant, for transfer to Detective Hunter of the above mentioned Precinct, the arresting Detective (September 11, 2008) of Litigant grandson, Zaire Paige-Bey who made the exact same request of Litigant birthdate and Social Security number the day of September 11, 2008.

22. During the stop defendants Jarrod Herbert were very rough, and == violent with Litigant daughter and grandson, after creating a small "Riot".

23. Due to the level of violence during the "Riot" it was later learned he had be trained in "Riot Control."

24. After being arrested by defendant; Litigant, her grandson, and daughter were driven to the 81st Precinct, where Litigant Automobile was also, driven there also, and parked on the grounds where Police Cruisers, and Detective vehicles were kept.

25. Litigant automobile was searched again, as monitoring devices for tracking and listerning was placed on it for purposes of movement while being under surveillance illegally.

27. Defendant acts Complained of were intentionally carried out, recklessly with malice on the part of Jarrod Herbert and gross *disreguards*

28. After Litigant release, a series of Complaint with various agencies Officials were filed concerning tactics used following the melee.

29. On several occasion, I noticed unusual individuals who were converging in and about my place of work, and place of Correspondence Contact.

30. From the month of January 2009 through April 2009, an Officer; Rashan LaCoste License plate number DCE 1969 and whom is responsible for the attempted Murder of Litigant grandson (at the Precinct 73rd May 12, 2009) is parked and sitting in his vehicle immediately in front of Litigant place of business, daily during the period mentioned above.

31. As Litigant continued to complain about the unusual behavior to enclude; stalkings, wire surveillance, being followed where ever went blocked telephone and dropped calls, not being allowed to make or receive telephone calls coming in or going out (at time) for more than (2) weeks not being able to contact family members and friends living out of state, wire surveillance of business, and home telephones to include family and friends, and their family and friends, on and on down the line of surveillance of their privacy to these unsuspecting offenses of beings violated unconstitutional as they were relating to Litigant,

32. There has been attempts of Murder against Litigant by a Police Officer (73rd Precinct) wearing uniform. This was seen from an open school window, as the attempt to shoot Litigant was made. This act was committed during summer school recess on September 06, 2009.

33. Those who seemed to have been part of a splinter group of Police Officers participanting in illegal set ups of their own (who chose to work out side of "Municipality Procedure") in committing Official Misconduct.

34. Determined to carry out their agenda, after learning Litigant was not detoured by their tactics, they then resurfaced with new waves in tactic; as Litigants grandson were, being bombard with being framed for crimes by sabotaged infraction while in county jail while, being brutally beaten by (7) Corrections Officers on May 13, 2012 followed, suffering Permanant damage to one ear resulting from the beating, as they claimed restraint was used to subdue him when it was they who decided to assault him,

without cause.

35. These facts can be found by inquiry into dates (grandson) of Litigants were charged with a framed crime, or infraction, by set ups, and beating after being; sabotaged against by Correction Officers after *dates* written upon "Complaints" letters.

36. These over whelming acts, of Official Misconduct committed upon Litigants to include "Being a trained murderer", and being the one who "Trained grandson, Zaire Paige-Bey as being, because he learned it from you," claimed by Detective, Thomas Donohue who alleged this to Litigant on May 14, 2009.

37. This vicious slanderous accussation was made in retaliation against Litigant who took photographeds of grandson while handcuffed to a hospital bed after being taken there after being "Tortured" by Rashan LaCoste who force feed a key into his mouth followed by a knee jerk

to the stomach causing the key to be lodge into lung of grandson.

38. On April 1, 2010 Litigant front tire of Automobile on the drivers side was destroyed after heat from the asphalt of the roadway contact with the tire caused it to be (shredded) obvious being the result of acid being pour onto it. It esulted in lots of smoke from the tire.

39 Again on Friday night April 22, 2010, after visiting with a friend Litigat observed a scene of participant unfolding in a scheme in the making of being kidnapped by (5) as one had a strong resemblance to that of Rashan LaCoste, the one who stood outside of the vehicle very closely closely up against the iron fence of the next house to the one Litigant was visiting.

40. This Conspiracy was obvious tied in with the circumstances occuring to Litigant and that of her grandson leaving her to believe the (2) situation were "INTERWINE" one with the other.

41. Once the assaults reversed against Litigant grandson to frames and waves of attacks to having his cell in county jail flooded a number of times with water ankle deep, causing his cell to be covered with black mold to the wall after which resulted in Health risk to his body as growth of mold like symptoms were growing on his ear, and foot.

42. During all the acts perpetuated against both Litigant and grandson, it was revealed by evidence the 73rd Precinct were the initiator in this entire "Conspiracy," and apparent a group from the Precinct to include Rashan LaCoste aim were to cause the death or murder of Litigant, and Litigant grandson, Zaire Paige-Bey of which is still occurring due to negligence to proper Medical Attention to a neurologist while in prison, Attica..

43. The incident of September 6, 2010 of the obvious Police Officer

in uniform witnessed by Litigant, rushing quickly towards the back of Litigant Automobile were an unfolding event in the making, as it has become evidence this Officer obviously shares knowledge with Rashan LaCoste, since both work at the same Precinct (73rd).

44.  Once Litigant was seen he (the Officer) immediately stop and begin to look to the ground as if he was looking for something in a circular movement motion very swiftly.

45.  After returning back to the yard of the residence being visited and sat in the chair to alter a garment, Litigant noticed a yellow curtain blowing through the opened school window across the street, at which time Litigant turned just in time to witness a arm in a bent position in full view jump back quickly.

46.  After witnessing this occurrance, Litigant soon realized that it was the Officers from the school window (2nd floor) giving instruction to the Officer on the graund, as he (the one in the school window) was the watch out guy and had a full view of the coming and going of the house.

47.  Litigant realized school was closed, since knowing it was due to resume during the early part of that week, Litigant was curious to see how the school looked from the inside, and went to explore entry into it. Once approached to the corner of Howard Avenue and Prospect Place Litigant saw the (2) marked Police cruiser had disappeared quickly.

48.  Only the gray Gorvrnment vehicle remained with (2) people who occupied it.

50.  As Litigant reached the front entry of the school, Litigant notice the person sitting in the front passenger seat, turn to look, towards

direction as Litigant approached the drivers side and stared into the eyes of the driver who was a woman; she glared at litigant with disguest, crank the vehicle and speed off, with the passenger a man inside.

51.    Realizing a surveillance by Police was under Litigant informed a family member (a granddaughter) of her suspicion, and about what occurred.

52.    It was after the indicent of the tire Litigant realized she would have been met with sudden death had it not been for the curtains blowing from the window.

53.    The act of April 22, 2010 was the defining factor in knowing for sure Police were attempting to Murder her.

54.    Thereafter Litigant begin to notice everything in her view when-ever traveling, also Automobile was equipped with a sucured "Crank start" before entered it.

55.    Soon after, Litigant became aware there was a cross over of Law enforcement involved with the Conspiracy, by witnessing the scenario in pattern being used by Correctional Guards in preventing visitation with grandson, and also by attempts to entrap Litigate for arrest, when visiting grandson.

56.    The episode of this case involving Litigant grandson has reach a magnitude of revealing that some of the paticipants is obviously from the very top to involve Officials lending a hand to aide and abide those involved to secure their safety from being detective as being so; just as the incident involving Law Enforcemnts which occurred in New Orleans where the cover up by a Sergeant into the shooting by several of his Officers of (6) civilian killing (2), only to be discovered later

that he too was involved in the conspiracy.

## First Claim

57.    The Constitution of the United States Republic, Article IV Section IV, Litigant incorporates by reference the allegations in all paragraphs are set within omissions without due process, violating Litigants secured First, Amendment to petition the government for a redress of grievances, and Fouth Amendment, denying Litigant of freedom to personal freedom of own being.

58.    Freedom from will to think freely, as all threat to safey has been abruptly disrupted as a, result of near attempts to Litigant well being, (life) has left altering efforts that has transpired preventing this free will.

59.    Litigants can no longer explore the comforts of walking in her own Community, or sitting in her Automobile, after arriving home, wanting to enjoy the moment to relax or nap as usual. That aspect has been shattered.

60.    Freedom from Blissful movement to enjoyments of walking freely exploring freedom of scenery in private reminiscence, Litigant now replace these reminiscence with caution, instead by looking at vehicle license Plate number, and peering through vehicle windows to view the individuals sitting in it.

61.    Due to these acts of Official Misconducts, Litigant has been stripped of her freedom of security free of thinking as before, enjoying the bliss of a normal life, instead Litigant must always have a sheild up in expectation of being comfronted with the unexpected of being intervene by a life threaten eventor moment to herself as well as that of her grandson.

62. Freedom from false imprisomnent wrongfully detained without cause, and suspicion or legal justification.

## Second Claim

63. Members of the NYPD taken an Oath under the Constitution by affirmative duty between their fellow members of services and civilains to intervene when observe another member of the Police Department or other law enforcement agency employing use of force and or Official Misconduct of falsely arresting a civilian.

64. Defendant, both Officers, Jarrod Herbert, and Congalosi were == present during the above mention of each unlawfully arrest of Litigant.

65. The acts described above were carried out pursuant to over-lapping policies and practices the City of New York were engaged in with full acknowledge, and cooperation under the supervisory authority the defendant City and its agency, NYPD.

66. City of New York, and NYPD policy making agents, servants and employees, authorized, sanctions and ratify individual Police behavior by defendants who wrongful acts; and fail to prevent or stop any acts encourages the acts to continue.

67. The acts complained about were carried out by aforementioned named defendants in their capacities as Police Officers and Officials pursuant to customs, policies, usages, pracities, procedured and rules of the City and NYPD all under the supervison.

68. Procedures and rules of the City and NYPD customs, and practices of the above aforementioned acts include, but no limited tofollowing unconstitutional practices:

a. Illegally arresting a living being under pretext to cover up their true reason for the wrongful stop.

b. Placing monitoring device for tracking of whereabouts of litigants at all times, and a listerning device on Automobile to access listerning to conversation of Litigants.

c. Falsely filing a criminal complaint and/or lying committing perjury during a sworn statement made on an Affidavit by placing signature to it.

69. City of New York, and City of New York NYPD agents under

City of New York are known for their "Blue Wall of Silence."

70. Hence it is a fact this Policy is in place and policies has not

nor procedure has been made to changes nor rectify this act.

71. The policies has been admitted to by many Public Official who has

has not made any Legislation to make any changes into the silent rule to

protect Officers in the wrong or committing a unlawful act against an

civilian.

72. These Policies being used by Officers unchecked are known to

Supervisory who chose to systematically allow by ignoring for the

purpose to produce a false productivity ethic, knowinly they are violating

the Constitutional rights of each and every aforementioned as the City

of New York,and the City of New York Police Officers are aware

these practiced policies wrongfully, under the Color of law is being

committed without reguard to civilians.

Dated April 30, 2012          <u>Jury Demanded</u>

Submitted by

*Bettie Paige-El*

Bettie Paige-El
In Propria Persona
Natural Person
All Right Reserved
Without Prejudice